## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>GRUBHUB INC., MATTHEW MALONEY and ADAM DEWITT,<br><br>      Defendants. | Case No.: 1:19-cv-7665<br><br>Judge: Charles R. Norgle, Sr.<br>Magistrate Judge: Jeffrey Cole |

### MOTION OF MOVANT HUGUES GERVAT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

Hugues Gervat ("Movant"), by his counsel, hereby moves this Court for an Order, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLP as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, Movant submits herewith a memorandum of law and declaration in support of this motion.

Dated: January 21, 2020        Respectfully submitted,

                      /s/Carl V. Malmstrom
                      Carl V. Malmstrom
                      **WOLF HALDENSTEIN ADLER**
                      **FREEMAN & HERZ LLC**
                      111 W. Jackson Street, Suite 1700
                      Chicago, IL 60604
                      Tel: (312) 984-0000
                      Fax: (212) 686-0114
                      Email: malmstrom@whafh.com

1

2

[Proposed] Liaison Counsel for Plaintiff

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Carl V. Malmstrom

Carl V. Malmstrom