**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRUBHUB INC., MATTHEW MALONEY and ADAM DEWITT,<br><br>Defendants. | Case No.: 1:19-cv-7665<br><br>Judge: Charles R. Norgle, Sr.<br>Magistrate Judge: Jeffrey Cole |

**DECLARATION OF CARL V. MALMSTROM**

I, Carl V. Malmstrom, hereby declare:

1.      I am an attorney with Wolf Haldenstein Adler Freeman & Herz LLC, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Hugues Gervat ("Movant") for: (i) appointment of Lead Plaintiff for the Class; and (ii) approval of Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLP as Liaison Counsel for the Class.

2.      Attached hereto as Exhibit 1 is true and correct copy of a PSLRA early notice.

3.      Attached hereto as Exhibit 2 is true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

6.      Attached hereto as Exhibit 5 is a copy of the firm resume of Wolf Haldenstein Adler Freeman & Herz LLP.

1

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2020, in Chicago, Illinois.

<u>/s/Carl V. Malmstrom</u>
Carl V. Malmstrom