# EXHIBIT 3

**Grubhub Inc. Loss Chart**
**Class Period: July 30, 2019 through October 28, 2019**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $43.77 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hugues Gervat | 7/30/2019 | 30 | ($70.00) | ($2,100.00) | | | | | | | | |
| | 8/9/2019 | 30 | ($66.00) | ($1,980.00) | | | | | | | | |
| | | 60 | | ($4,080.00) | | | | | 60 | $2,626.18 | ($1,453.82) | |