# EXHIBIT C

Movants' Purchases and Losses        Class Period: 07/30/2019 - 10/28/2019        Grubhub

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **City of Pontiac General Employees' Retirement System** | 08/08/2019 | 4,690 | $69.46 | $325,767.40 | 09/20/2019 | 79 | $59.77 | $4,721.83 | |
| | | | | | 09/27/2019 | 528 | $55.86 | $29,494.08 | |
| | | | | | 12/10/2019 | 298 | $39.04 | $11,633.92 | |
| | | | | | held | 3,785 | $43.77 | $165,668.10 | |
| | | **4,690** | | **$325,767.40** | | **4,690** | | **$211,517.93** | **($114,249.47)** |
| **City of Pontiac Police and Fire Retirement System** | 08/08/2019 | 900 | $69.46 | $62,514.00 | 10/18/2019 | 90 | $55.69 | $5,012.10 | |
| | | | | | held | 810 | $43.77 | $35,453.41 | |
| | | **900** | | **$62,514.00** | | **900** | | **$40,465.51** | **($22,048.49)** |
| **Movants' Total** | | **5,590** | | **$388,281.40** | | **5,590** | | **$251,983.44** | **_($136,297.96)_** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $43.77 as of January 17, 2020 for common stock.

Prices listed are rounded to two decimal places.