# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated, | ) ) | Case No. 1:19-cv-07665 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | Judge Charles R. Norgle, Sr. |
| vs. | ) | |
| GRUBHUB INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

We, the representatives of the City of Pontiac General Employees' Retirement System ("GERS") and the City of Pontiac Police and Fire Retirement System ("P&FRS") (together, the "Pontiac Retirement Systems"), pursuant to 28 U.S.C. §1746, declare as follows:

1. We respectfully submit this joint declaration in support of the Pontiac Retirement Systems' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") and for approval of our selection of Robbins Geller Rudman & Dowd LLP as lead counsel. We each have personal knowledge about the information in this joint declaration relating to our own activities, actions, and beliefs.

2. I, Sheldon Albritton, am the Chairman of GERS and am authorized to make this declaration on GERS's behalf. GERS is a defined benefit municipal retirement plan with approximately $495 million in assets under management providing benefits to over 1,300 participants and beneficiaries. As reflected in its Certification, GERS purchased 4,690 shares of Grubhub Inc. ("Grubhub") common stock between July 30, 2019 and October 28, 2019, inclusive (the "Class Period") and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

3. I, Lon Britton, am the Vice-Chairman of P&FRS and am authorized to make this declaration on P&FRS's behalf. P&FRS is a defined benefit plan with approximately $222 million in assets under management providing benefits to over 500 participants and beneficiaries. As reflected in its Certification, P&FRS purchased 900 shares of Grubhub common stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

4. The Pontiac Retirement Systems are closely related entities with a pre-existing relationship, shared leadership, and familiarity with one another. The Pontiac Retirement Systems both represent Pontiac, Michigan public employees and share a common *ex-officio* Board of Trustee

- 1 -

member – the City of Pontiac's Mayor. Given the Pontiac Retirement Systems' close proximity and purpose, our representatives are familiar with and regularly interact with one another. The Pontiac Retirement Systems also have a history of working collaboratively in securities litigation. For example, the Pontiac Retirement Systems have moved to serve as lead plaintiff together in multiple cases. *See, e.g., Faris v. Longtop Fin. Techs., Ltd.*, No. 1:11-cv-03658-SAS (S.D.N.Y.).

5. As institutional investors that suffered substantial losses in Grubhub stock during the Class Period, the Pontiac Retirement Systems agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case. Our decision was based on the fact that the Pontiac Retirement Systems have a pre-existing relationship as Pontiac, Michigan-based funds and that the Pontiac Retirement Systems have selected a single law firm, Robbins Geller, to prosecute this case on behalf of the class.

6. Before filing our joint motion, we convened a conference call to discuss our leadership and oversight of this litigation. During our conference call, we discussed, among other things, the strategy for joint prosecution of the case, the strengths of seeking appointment together as institutional investors with substantial losses suffered throughout the duration of the Class Period, the lead plaintiff's responsibilities, our oversight of counsel, and the lead plaintiff motion process. If appointed lead plaintiff, we are willing and able to reconvene additional conference calls or communications as often and regularly as necessary throughout the litigation to ensure responsible oversight and direction of counsel.

7. We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation. We are aware of the requirements and responsibilities of being a lead plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings, participating in discovery (including having our depositions

- 2 -

Cases\4826-6797-6881.v1-1/16/20

taken and providing evidence relating to our investments in Grubhub stock), participating in settlement discussions, attending trial, if necessary, and authorizing any potential settlement on behalf of the class as well as approving any attorneys' fee and cost requests by counsel. We are willing to undertake these responsibilities on behalf of the class.

8. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as lead counsel based on the firm's extensive securities litigation experience in this Court and around the country and the firm's recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this.

9. We are also aware that institutional investors serving as lead plaintiff generally achieve higher settlements for class members.

10. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, Sheldon Albritton, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 21, 2020.

CITY OF PONTIAC GENERAL EMPLOYEES'
RETIREMENT SYSTEM
BY: SHELDON ALBRITTON
ITS: CHAIRMAN

- 3 -

I, Lon Britton, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on January 2), 2020.

_____

CITY OF PONTIAC POLICE AND FIRE
RETIREMENT SYSTEM
BY: LON BRITTON
ITS: VICE-CHAIRMAN

.

- 4 -