

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>GRUBHUB INC., et al.,<br><br>                Defendants. | Case No. 1:19-cv-07665<br><br>CLASS ACTION<br><br>Judge Charles R. Norgle, Sr. |

ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4823-4173-9697.v1

Having considered City of Pontiac General Employees' Retirement System and City of Pontiac Police & Fire Retirement System's (the "Pontiac Retirement Systems") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints the Pontiac Retirement Systems as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class is approved.

IT IS SO ORDERED.

DATED: 1/30/2020

*Charles Norgle*
THE HONORABLE CHARLES R. NORGLE, SR.
UNITED STATES DISTRICT JUDGE

4823-4173-9697.v1