# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>     vs.<br><br>GRUBHUB INC., et. al.,<br><br>                             Defendants. | Case No. 1:19-cv-07665<br><br>**JOINT STATUS REPORT**<br><br>**Judge Charles Norgle** |

In accordance with the Court's April 24, 2020 Third Amended General Order (ECF No. 30) (the "General Order"), Lead Plaintiff City of Pontiac General Employees' Retirement System and City of Pontiac Police & Fire Retirement System and Defendants Grubhub Inc., Matthew Maloney, and Adam DeWitt jointly submit this status report.

On February 13, 2020, the Court entered a stipulated scheduling order for Lead Plaintiff's filing of its operative complaint and for Defendants' response thereto (ECF No. 27) (the "Scheduling Order"). In accordance with the Scheduling Order, as amended by the General Order, Lead Plaintiff shall file its operative complaint on or before June 26, 2020; Defendants shall move to dismiss or otherwise respond to the operative complaint on or before August 25, 2020; Lead Plaintiff shall file any papers in opposition to any motion to dismiss filed by Defendants on or before October 26, 2020; and Defendants shall file any reply papers in further support of any such motion on or before December 10, 2020.

Pursuant to the Private Securities Litigation Reform Act 15 U.S.C. § 78u-4(b)(3)(B), all discovery is stayed during the pendency of any motion to dismiss.

As required by the General Order, the parties further submit that there have been no

discussions regarding settlement, and the parties do not request that the Court take any action or convene any hearing at this time.

DATED: May 15, 2020

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JAMES E. BARZ (IL Bar # 6255605)<br>BRIAN E. COCHRAN (IL Bar # 6329016)<br>FRANK A. RICHTER (IL Bar # 6310011) | KIRKLAND & ELLIS LLP<br>JOHN HARTMANN |
| *s/ Frank A. Richter*<br>FRANK A. RICHTER | *s/ John Hartmann*<br>JOHN HARTMANN |
| 200 South Wacker Drive, 31st Floor<br>Chicago, IL  60606<br>Telephone:  312/674-4674<br>312/674-4676 (fax)<br>jbarz@rgrdlaw.com<br>bcochran@rgrdlaw.com<br>frichter@rgrdlaw.com | 300 North La Salle<br>Chicago, IL  60654<br>Telephone:  312/862-2000<br>312/862-2200 (fax)<br>john.hartmann@kirkland.com |
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com | KIRKLAND & ELLIS LLP<br>SANDRA C. GOLDSTEIN (*pro hac*)<br>STEFAN ATKINSON (*pro hac*)<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone:  212/446-4800<br>212/446-4900 (fax)<br>sandra.goldstein@kirkland.com<br>stefan.atkinson@kirkland.com |
| ASHERKELLY<br>CYNTHIA J. BILLINGS-DUNN<br>25800 Northwestern Highway, Suite 1100<br>Southfield, MI 48075<br>Telephone:  248/746-2710<br>248/747-2809 (fax)<br>cbdunn@asherkellylaw.com | *Attorneys for Defendants* |
| *Attorneys for Lead Plaintiff* | |