**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROEI AZAR, *Individually and on Behalf of All Others Similarly Situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>GRUBHUB INC., et al.,<br><br>    Defendants. | Case No. 1:19-cv-07665<br><br>Hon. Charles R. Norgle, Sr. |

**DECLARATION OF STEFAN ATKINSON IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Stefan Atkinson, declare the following:

1.    I am a partner at the law firm of Kirkland & Ellis LLP, attorneys of record for Defendants Grubhub, Inc., Matthew Maloney, and Adam DeWitt.  I am a member in good standing of the Bar of New York.  This Court granted my application to appear *pro hac vice* in this action on January 28, 2020.  *See* Minute Entry, ECF No. 24.

2.    I submit this declaration in support of Defendants' Motion to Dismiss Lead Plaintiff's Complaint for Violations of the Federal Securities Laws.

3.    Attached as Exhibit 1 is a true and correct copy of select pages of the transcript of Grubhub, Inc.'s Third Quarter 2018 Earnings Conference Call, dated October 25, 2018.

4.    Attached as Exhibit 2 is a true and correct copy of select pages of the transcript of

Grubhub, Inc.'s First Quarter 2019 Earnings Conference Call, dated April 25, 2019.

5.     Attached as Exhibit 3 is a true and correct copy of the Supplemental Information Presentation Accompanying Grubhub, Inc.'s First Quarter 2019 Quarterly Report, dated April 25, 2019.

6.     Attached as Exhibit 4 is a true and correct copy of select pages of Grubhub Inc.'s Form 10-Q, filed May 10, 2019 with the Securities and Exchange Commission for the quarterly period ending March 31, 2019, available at https://www.sec.gov/Archives/edgar/data/1594109/000156459019018551/grub-10q_20190331.htm.

7.     Attached as Exhibit 5 is a true and correct copy of select pages of the transcript of Grubhub, Inc.'s Second Quarter 2019 Earnings Conference Call, dated July 30, 2019.

8.     Attached as Exhibit 6 is a true and correct copy of select pages of Grubhub Inc.'s Form 10-Q, filed August 6, 2019 with the Securities and Exchange Commission for the quarterly period ending June 30, 2019, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1594109/000156459019029438/grub-10q_20190630.htm.

9.     Attached as Exhibit 7 is a true and correct copy of the letter from Matthew Maloney to Shareholders of Grubhub, Inc., dated October 28, 2019.

10.     I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Stefan Atkinson*
Stefan Atkinson

2