# EXHIBIT 1

**S&P Global**
Market Intelligence

# Grubhub Inc. NYSE:GRUB
# FQ3 2018 Earnings Call Transcripts

## Thursday, October 25, 2018 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.41 | 0.45 | ▲9.76 | 0.49 | 1.90 | 2.35 |
| **Revenue (mm)** | 238.74 | 247.22 | ▲3.56 | 270.95 | 981.91 | 1261.76 |

Currency: USD
Consensus as of  Oct-25-2018 2:37 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- ▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | 0.31 | 0.37 | ▲1 19.35 % |
| **FQ1 2018** | 0.38 | 0.52 | ▲2 36.84 % |
| **FQ2 2018** | 0.41 | 0.50 | ▲3 21.95 % |
| **FQ3 2018** | 0.41 | 0.45 | ▲4 9.76 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning. My name is Tasha, and I'll be your conference operator today. At this time, I would like to welcome everyone to the Grubhub Q3 2018 Earnings Call. [Operator Instructions] Thank you.

I'd now like to turn it over to your host, Mr. David Zaragoza. Please go ahead.

**David Zaragoza**
*Director of Corporate Finance & Investor Relations*

Good morning, everyone, and welcome to Grubhub's Third Quarter of 2018 Earnings Call. I'm Dave Zaragoza, Head of Investor Relations, and joining me today to discuss Grubhub's results are CEO, Matt Maloney; and our President and CFO, Adam DeWitt. This conference call is available via webcast on the Investor Relations section of our website at investors.grubhub.com. And in addition, we'll be referencing our press release, which has been attached as an exhibit to our current report on Form 8-K, filed with the SEC today.

I'd like to take this opportunity to remind you that during this call, we will make forward-looking statements, including guidances to our future performance. These forward-looking statements are made in reliance on the safe harbor provisions of the Securities and Exchange Act of 1934 as amended and are subject to substantial risks and uncertainties that may cause actual results to differ materially from those in these forward-looking statements.

For additional information concerning factors that could affect our financial results or cause actual results to differ materially, please refer to the cautionary statements included in our filings with the SEC, including the Risk Factors section of our annual report on Form 10-K for the fiscal year ended December 31, 2017, filed with the SEC on February 20, 2018, and our quarterly report on Form 10-Q for the quarter ended September 30, 2018, that will be filed with the SEC. Our SEC filings are available electronically on our Investor Relations website at investors.grubhub.com or the EDGAR portion of the SEC's website at www.sec.gov.

Also, I'd like to remind you that during the course of this call, we will discuss non-GAAP financial measures in talking about our performance. Reconciliations to the most directly comparable GAAP financial measures are provided in the tables of the press release. Unless otherwise noted, all references to active diners, daily average grubs and gross food sales exclude the acquisition of LevelUp, which was closed on September 13, 2018.

And now I'll turn the call over to Matt Maloney, Grubhub's Founder and CEO. Matt?

**Matthew M. Maloney**
*Founder, CEO & Director*

Thanks, Dave. Good morning, everyone, and thanks for joining the call. As we head into the colder months of winter and our busier season here at Grubhub, we're enjoying a delicious breakfast here, courtesy of Protein Bar & Kitchen, a healthy Chicago favorite that partners with both Grubhub and LevelUp to grow their business across all online channels.

Our relationship with Protein Bar is emblematic of what's occurring more broadly for restaurants in the U.S. For chains and independents across the country, it's no longer a question of if they should move into the online channel, but how.

Restaurants making that decision have a lot of questions. How will this help me grow my business? Should I manage delivery logistics myself or find a partner? Should all my orders go online, including pickup? And how can I make the process smoother? How will this impact my in-store operations? How does my own brand fit into all of this? And how do I compete online if that's where new diners are?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our strategy focusing on connecting restaurants and diners is attracting and retaining millions of diners while driving billions in sales to local restaurants. And we've demonstrated that we can provide delivery in an economically sustainable manner, allowing us to provide the most comprehensive restaurant marketplace.

In short, as Matt's comments indicated, we are very encouraged by the trajectory Grubhub is on right now. The third quarter is typically our weakest quarter seasonally, but by a number of measures, it was Grubhub's strongest quarter ever.

For active diner growth, this was clearly the case. Active diners increased organically by almost 800,000 sequentially to end at 16.4 million. To put this figure into appropriate context, our next largest quarterly add was just over 600,000.

Matt talked about the increasing efficacy of our advertising, which enabled us to spend more than we had originally forecast in the third quarter at a very attractive return.

We saw the ability to scale across most of our marketing channels without sacrificing quality at higher levels of spend. In fact, similar to last quarter, we acquired more diners at a lower cost and stable quality despite spending roughly 60% more in advertising than the prior year.

This strength in new diner acquisition was broad, from our most mature markets to our newest. As Matt noted, in addition to advertising, product improvements and restaurant selection also contributed to the robust new diner growth we saw in the quarter. But a surprising additional catalyst has been the new Grubhub delivery markets we launched to support our Yum! partnership.

We've now launched delivery in more than 100 markets this year in order to cover Taco Bells and KFCs across the country. Without much heavy lifting, these markets have been driving high-quality new diner growth even prior to Taco Bells and KFCs going live.

Momentum in these markets has been so good that we've accelerated our investment in Grubhub Delivery market launches to take advantage of latent demand.

As expected, all this high-quality new diner growth has translated into higher order growth. We processed 416,000 orders on the platform last quarter, a 37% increase from the third quarter of last year and a smaller-than-expected 1.7% decline from the second quarter.

For context, we typically expect a mid- to high single digit sequential decline from the second quarter due to seasonality. Excluding Eat24, DAG growth was 21% year-over-year.

When we strip out any additional impact from Foodler and OrderUp as well, organic order growth accelerated for the fourth consecutive quarter, with year-over-year growth roughly 300 basis points higher than it was in the second quarter.

Gross food sales for the quarter were $1.2 billion, 40% higher than the third quarter of 2017 and roughly flat with the second quarter. Gross food sales growth excluding Eat24 accelerated to approximately 23% year-over-year.

Third quarter net revenues were $247 million, up 52% from the prior year and 3% higher than the second quarter, up 34% when excluding the impact of Eat24 and LevelUp.

Net revenue as a percentage of gross food sales was 20.4% during the quarter, up from 19.6% in the second quarter and 18.8% last year. As with recent quarters, the increase is due primarily to a mix shift towards more Grubhub-delivered orders compared to orders delivered by the restaurant.

We continue to see a small but steady increase in rate due to restaurants opting to pay more for more impressions on our network. Operations and support expenses were $112 million, a 71% increase year-over-year compared to $65 million in the third quarter of 2017. This was driven by increased delivery orders, the underlying growth of our order volume and the inclusion of Eat24 orders. As we've explained in the past, we expect this line item to grow at a faster percentage rate than revenue, given the mix shift towards more Grubhub-delivered orders.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GRUBHUB INC. FQ3 2018 EARNINGS CALL | OCT 25, 2018

We will spend easily more than $200 million on growth-related initiatives in 2018. That we can generate significant profit per order while maintaining an aggressive growth posture is a testament to the strength of the business model.

If we were trying to optimize for cash flow, our EBITDA per order would be significantly higher than the $1.75 peak we recorded last quarter. This quarter, we're stretching our investment in 2 growth channels: One, the rollout of new Grubhub Delivery markets; and two, marketing spend.

As a reminder, when we launch new markets, there are very few capital expenditures. The bulk of the cost or investment is building a supply of drivers and making sure drivers are available to deliver orders, even if the volume isn't sufficient to balance supply and demand, until orders reach critical mass in that market.

These costs show up in our ops and support line as operating expenses. While these markets are inefficient when we launch, we have found that Grubhub Delivery restaurants drive additional demand and additional diners, creating liquidity and driving down ops and support cost per order over time.

Based on current plans, we will have launched delivery in more than 200 new markets in 2018, with approximately 100 from October to December alone. This dramatically expands our ability to provide the most comprehensive restaurant selection and will translate into new and higher-quality diners.

The total investment associated with providing sufficient driver capacity in these additional launch markets will be approximately $10 million in the fourth quarter. That means that the ops and support line will be roughly $10 million higher than it would have been because of extra capacity in the launch markets.

We currently expect to start gaining some efficiency back in these markets early in 2019. This investment is not unlike when we first launched delivery in the second half of 2015, saw a depressed EBITDA per order in the third quarter of 2015 and then steadily recovered to reach a record high in the second quarter of this year.

We are also planning for an increased investment in marketing during the fourth quarter. We believe this is a great time to increase spend for a number of reasons. First, we've been slowly increasing our spend all year, and it's actually increased in effectiveness as we've spent more. Second, our restaurant network is better than ever due to the Grubhub launch markets and adding thousands of Taco Bells and KFCs. Third, our product has improved dramatically over the past few years. And finally, the fourth quarter is typically our strongest for new diner acquisition because of weather and school schedules.

We currently anticipate spending somewhere between $10 million and $20 million more in marketing than was previously baked into our guidance for the fourth quarter. This includes some incremental discount offers that show up as contra revenue. The range is intentionally broad, as we plan to be opportunistic based on what we are seeing in the market.

Our framework for success will be the same as it has always been: Attracting high-quality diners at a reasonable cost, with CPA comfortably below LTVs. We plan on being aggressive, but as Matt noted, have committed very little of the new spend and will only be at the high end of the range if we find quality opportunities.

It's very possible we spend at either end of the range, depending on the data we are seeing. The data will also help us determine our 2019 marketing plans, which we will talk more about after the fourth quarter.

To some degree, we believe these incremental investments in launch markets and marketing complement each other very well. As we roll out more markets, our marketing efforts, in particular, TV and easy-to-launch digital programs, drive growth at a very reasonable cost and without much heavy lifting.

The increased marketing helps drive volume, which will help the launch markets get to efficient scale more quickly. To be clear, our long-term strategy is to grow profits per order over time. However, we see a unique opportunity to create substantial long-term shareholder value by making this investment now.

Before I detail our guidance, I want to give some insight as to the impact LevelUp, which closed on September 13, had on our financials. It contributed roughly $2 million in revenue and less than a $1

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.