# EXHIBIT 2

**S&P Global**
Market Intelligence

# Grubhub Inc. NYSE:GRUB
# FQ1 2019 Earnings Call Transcripts
## Thursday, April 25, 2019 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.25 | 0.30 | ▲20.00 | 0.34 | 1.43 | 2.24 |
| **Revenue (mm)** | 322.23 | 323.77 | ▲0.48 | 325.34 | 1368.88 | 1730.06 |

Currency: USD
Consensus as of Apr-25-2019 9:25 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2018** | 0.41 | 0.50 | ▲1 21.95 % |
| **FQ3 2018** | 0.41 | 0.45 | ▲2 9.76 % |
| **FQ4 2018** | 0.28 | 0.19 | ▼3 (32.14 %) |
| **FQ1 2019** | 0.25 | 0.30 | ▲4 20.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

GRUBHUB INC. FQ1 2019 EARNINGS CALL | APR 25, 2019

# Presentation

**Operator**

Good afternoon. My name is Chantelle, and I'll be your conference operator today. At this time, I would like to welcome everyone to the Grubhub Q1 2019 Earnings Conference Call. [Operator Instructions].

Adam Patnaude, Head of Investor Relations, you may begin your conference.

**Adam Patnaude**
*Head of Corporate Development & Investor Relations*

Good afternoon, everyone. Welcome to Grubhub's First Quarter of 2019 Earnings Call. I'm Adam Patnaude, Head of Investor Relations. Joining me today to discuss Grubhub's results are Founder and CEO, Matt Maloney; and our President and CFO, Adam DeWitt.

This conference call is available via webcast on the Investor Relations section of our website at investors.grubhub.com. In addition, we'll be referencing our press release and Q1 2019 investor presentation, both of which are available on our website.

I'd like to take this opportunity to remind you that during this call, we will make forward-looking statements, including guidance as to our future performance. These forward-looking statements are made in reliance on the safe harbor provision of the Securities and Exchange Act of 1934 as amended and are subject to substantial risks and uncertainties that may cause actual results to differ materially from those in our forward-looking statements.

For additional information concerning factors that could affect our financial results or cause actual results to differ materially, please refer to cautionary statements included in our filings with the SEC, including the Risk Factors section of our annual report on Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on February 28, 2019, and our quarterly report on Form 10-Q for the quarter ended March 31, 2019, that will be filed with the SEC.

Our SEC filings are available electronically on our investor website at investors.grubhub.com or the EDGAR portion of SEC's website at www.sec.gov.

Also I'd like to remind you that during the course of this call, we will discuss non-GAAP financial measures in talking about our performance. Reconciliations to the most directly comparable GAAP financial measures are provided in the tables in the press release.

Finally, as a reminder, all of our key business metrics exclude transactions like LevelUp and Tapingo where Grubhub only provides technology or fulfillment services.

And now I'll turn the call over to Matt Maloney, Grubhub's Founder and CEO.

**Matthew M. Maloney**
*Founder, CEO & Director*

Thanks, Adam. Good afternoon, everyone, and thanks for joining the call. We just finished up a delicious late lunch of spring crunch balls from Just Salad, which announced earlier this week that they are taking advantage of a unique Grubhub innovation, which allows restaurant brands to efficiently access the massive growth from our marketplace, while maintaining control of their brand and their diner relationships. This includes full service POS integration, a bespoke loyalty program and analytically driven CRM capabilities. Grubhub is the only restaurant partner in the world that offers this type of full-spectrum partnership, and we are excited to help Just Salad grow their online business.

During the quarter, we also added 5,000 new enterprise locations by expanding our relationships with Dunkin' Brands, Pizza Hut, NTNs and Jersey Mike's among others and launching a number of new enterprise partnerships, including Smoothie King, Halal Guys, Golden Corral and Smokey Bones.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**GRUBHUB INC. FQ1 2019 EARNINGS CALL | APR 25, 2019**

15 years ago, I founded Grubhub with 1 goal in mind, to help local restaurants grow their businesses profitably by making it easier for diners to order takeout online. Our 115,000 enterprise and independent restaurant partners alike understand that in order to be successful in today's world, they need a comprehensive online strategy. At Grubhub, we are uniquely positioned to help restaurants with demand generation from our massive network of over 19 million active diners, comprehensive delivery coverage in the U.S. and the best tools and technology to promote their brands and control their diner experiences.

We just wrapped another outstanding quarter of execution at Grubhub. We generated 521,000 DAGs in the first quarter, up 19% year-over-year. This marks the sixth consecutive order of accelerating organic order growth in our business, in part driven by yet another record increase in our net active diners.

Even more impressive, from an execution standpoint, our profitability per order grew meaningfully during the quarter, even while we continue to invest in growth, which has been strong in all of our markets. This order growth translated to net revenue of $324 million, up 39% year-over-year and 13% from the fourth quarter. Adjusted EBITDA for the first quarter was $51 million compared to $64 million last year, while adjusted EBITDA for order was $1.09, up from $0.98 in the fourth quarter.

In the fourth quarter of 2018, we announced our decision to expand our delivery coverage and increase our advertising spend given the momentum we saw earlier in 2018. We knew these investments would weigh on our profitability during the fourth quarter and to some degree throughout 2019, but we were confident it was the right decision for the business. Six months later, it's clear that these investments have resulted in strong growth momentum and clear operating leverage.

During the quarter, our delivery efficiency improved in the markets we launched in 2018, helped in part by strong demand for Taco Bell and many of these markets following the national advertising campaign we talked about last quarter.

On the marketing side, we maintained a more aggressive posture and continue to bring in high-quality new diners at a stable acquisition cost.

We added 1.6 million active diners in the first quarter, another record, and finished the quarter with 19.3 million active diners, up 28% from the prior year. As we will highlight later, these new diners have repeat rates just as high, if not higher than diners we acquired a year ago.

In summary, early returns on our investments have been great, high-quality growth and already improving per order economics.

As we mentioned in our press release, we've included some updated diner quality and cohort information in the supplemental information presentation posted to our website. Given the significant investments and associated dramatic ramp in diner growth, we thought it was a good time to update you in terms of the value of our diners.

Over the years, we've noted over and over again that our disciplined approach to diner acquisition, our broad and deep restaurant network and our ever-improving user experience create incredibly sticky diner cohorts that should bring value to Grubhub for years to come.

We've also noted more recently that because of all the improvements in our platform and marketing, we've been able to acquire high-quality new diners in older and newer markets alike even as we've dramatically increased marketing spend and new diner volume.

In the provided cohort charts, you can see that diners that first ordered from us in the first quarter of 2015 are spending just as much, if not more, today than they were last year and the year before that. These charts include diner attrition. So the few diners that leave the platform are offset by diners that remain in the cohort, spending more and more on Grubhub over time. If we show the revenue Grubhub generates from these cohorts, it would be even more positive as we all know that restaurant commission rates have risen over time.

The dynamics illustrated in the supplemental information deck validate the decision we made to invest more in growth over the last 2 quarters. One of the keys to building these relationships with our diners

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GRUBHUB INC. FQ1 2019 EARNINGS CALL | APR 25, 2019

is our partnerships and deep integrations with our restaurants. Restaurants excel at making great food. Grubhub excels at helping restaurants sell more of their food online. We have built the only suite of services to help both enterprise and independent restaurants grow their online business, branded and marketplace profitably and sustainably.

It starts with demand generation, leveraging our 19 million active marketplace diners to drive growth, but that is only one part of the story. We also offer world-class delivery for restaurants that don't want to provide their own.

Our over 65,000 active drivers deliver more than 200,000 orders on busy days, that's over 2 orders per second. Much of our volume is still supported by restaurants that prefer to deliver their own food, but we are here to support the restaurants that choose not to.

For restaurants with strong brands, we offer highly customizable on-brand, fully functional, white label native apps that allow restaurants to build their online presence and enrich their brand further. To help restaurants service these orders, we are able to integrate orders from both these branded apps and our marketplace diners directly into point-of-sale and kitchen-display systems that maximize efficiency and make processing online order seamless with existing operations.

Finally, Grubhub has launched groundbreaking bespoke loyalty programs that work in-store and across both branded apps and the Grubhub marketplace to maximize brand building and diner impact.

Allowing brands to surge rewards into our marketplace is a game changer for restaurants, diners and the whole industry. This magnitude of financial incentive to order and come back often is simply irreproducible on other third-party ordering platforms that do not partner with restaurants like we do.

In addition to Just Salad, this unique loyalty functionality is currently available for other enterprise partners like Pokéworks, Protein Bar, Yalla Mediterranean and Saloniki with many more coming down the pipe, so keep an eye out for loyalty points from your favorite brands.

By partnering deeply with Grubhub, restaurants can own their online diners just like their in-store diners, including the transactional data, all the way down to the individual diner and combine online orders with in-store diner behavior to improve their diner LTVs and their marketing ROI.

Clarity on where their diners are coming from, what channels they are using and what they are ordering is critical to brand success online. If restaurants don't own their data and don't control their branded experience, then they are merely renting customers from wherever their online orders originate.

Grubhub's products empower restaurants to own their digital customers and build their online business sustainably and profitably. This is how digital partnerships should be structured. This is the future of online ordering for restaurants.

As we talked about last quarter, we kicked off our co-marketing campaign with Taco Bell in February. I'm sure many of you saw the commercial, Taco Bell created that, aired in February and March where a diner achieved his ultimate dream getting Taco Bell delivered. The national campaign and our support of our Yum! partnership with free delivery was a huge success. As you can tell by the strong growth in active diners during the quarter, the campaign attracted many new diners in the marketplace.

Diners that place their first order with Taco Bell during the free delivery period are returning to Grubhub at the same or better rates as a typical diner even after we ended the free delivery campaign. Some come back and order Taco Bell again, but the majority are trying other restaurants on the platform as well.

Our partnership with Yum! Brands is working. Delivery unlocks more ordering occasions for Yum! restaurants, and we are adding diners that have yet to try online ordering, a true win-win. This initial Taco Bell campaign is just the beginning of how Yum! and Grubhub will be working together to help grow all of their brand's online business.

The Grubhub and Tapingo teams are also working together to create a unified ordering experience in college campuses. The best-in-class mobile ordering system Tapingo developed and the seamless experience students have come to depend on will soon reside directly in the Grubhub app. We expect that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GRUBHUB INC. FQ1 2019 EARNINGS CALL |  APR 25, 2019

technical integration to be completed before school starts this fall and we'll be migrating diners when they get back to school.

Consistent with our past thinking, we find there are significant benefits to managing and investing behind a single brand.

As I think about the future, I see people using their mobile devices exclusively to order takeout and more often in 4 more occasions. We still have a huge opportunity in front of us and it's only getting bigger. We are focused on improving and adding to our offering in anticipation of this feature, but our core mission and singular focus of connecting hungry diners with the right restaurants hasn't changed.

I'd like to finish the day with a big thank you to our diners. Back in October, we gave diners the ability to make a small donation each time they ordered on Grubhub by rounding up their order total to the nearest dollar. While all that changes added up and over the past 7 months, our diners have donated more than $5 million to outstanding food-related community focus nonprofit organizations and most significantly to the No Kid Hungry campaign whose mission is to end childhood hunger of the United States.

Lots of great continued momentum this quarter, and I look forward to updating you on our progress later this summer.

With that, I'll turn the call over to Adam.

**Adam J. DeWitt**
*President, CFO & Treasurer*

Thanks, Matt. Before I review the details of our strong first quarter, I wanted to discuss the supplemental information materials Matt referenced. We posted a handful of slides to the Investor Relations website with our earnings release. Over the last few quarters, we've talked about how our diner cohorts remain extremely stable and our significant investments in marketing and delivery are yielding high-quality new diners at a reasonable cost.

Given the ramp in our investment pace in the fourth quarter, we thought this was a good time to share additional metrics that help illustrate the stickiness of our marketplace, our ability to attract high-quality diners and reinforce our decision to be more aggressive in marketing and with delivery market launches. To be clear, this is not an earnings presentation, nor is it something we plan to update in subsequent quarters, but we believe it gives valuable context for our decisions over the last couple of quarters over my comments during the call reinforced in the slides, but I encourage everyone to spend time reviewing the presentation after the call.

With that as background, I'll dive into our first quarter results. Grubhub processed 521,000 daily average grubs in the first quarter, up 19% from the first quarter of 2018. If we adjust for some small noise from the Eat24 acquisition in last quarter's growth rate, we had about 150 basis points of acceleration in the first quarter, marking our sixth consecutive quarter of organic DAG growth acceleration.

Active diners grew 28% year-over-year to 19.3 million in the first quarter as we added 1.6 million net active diners marking another quarterly record of additions. To put this into perspective, we added more net diners in the first quarter of 2019 then we did in all of 2016.

Certainly contributing to the growth was a successful Taco Bell national rollout promoting our partnership. This included their national TV advertising campaign and our sponsorship of free delivery, both of which ran for roughly half the quarter.

We believe that in aggregate, the Taco Bell campaign contributed an incremental few hundred thousand new diners and 100 to 150 basis points of incremental DAG growth during the quarter. These new diners are high quality returning just as frequently as newly acquired diners from other channels and they return to Taco Bell, but also engage with other restaurants on the marketplace at a high rate.

Even without the tailwind from the Taco Bell campaign, it was a strong quarter for growth. We believe the organic growth rate would have been at least on par with the strong fourth quarter, and that net active diner ads would have been a record without the Taco Bell TV campaign and free delivery. The underlying

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**7**

GRUBHUB INC. FQ1 2019 EARNINGS CALL | APR 25, 2019

core business is growing faster than at any point in the last 2 years. This exceptional underlying growth is the result of our continued strong execution, including a higher level of efficient advertising spend, accelerated high-quality restaurant additions, delivery quality improvements and consistent product enhancements.

Gross food sales for the first quarter were $1.5 billion, increasing 21% from the prior year with our average order size up a little over 1%.

First quarter net revenues were $324 million, up 39% year-over-year. Our capture rate of 21.6% includes roughly 90 basis points from LevelUp and Tapingo's technology-oriented revenues. Normalizing for LevelUp and Tapingo revenue, capture rate was up about 200 basis points year-over-year and 50 basis points sequentially, reflecting a mix shift towards more Grubhub delivery orders and also a continued small upward impact from restaurants choosing to pay more on our marketplace for more impressions. This latter dynamic has been consistent for many years at Grubhub.

Operations and support expenses grew 68% year-over-year from $96.3 million to $161.4 million in the quarter, driven by increased delivery orders and the underlying growth of our order volume. Grubhub delivery accounted for a little over 30% of our DAGs during the quarter.

Revenue less operations and support per order, which we have said is a reasonable way to measure our delivery efficiency, was $3.46 per order, an improvement from $3.34 in the fourth quarter.

We are generating more orders in our recently launched delivery markets, which is improving driver efficiency resulting in a lower per order delivery cost just as we laid out on last quarter's call.

For clarity, our operations and support line contains virtually all of the variable costs associated with orders that are not already netted out of revenue, including 100% of driver pay, driver subsidies, background checks, driver gear, credit card processing costs and customer care costs. Our investment in delivery is working, generating growth in those new markets and we are already seeing operating leverage as we scale.

Sales and marketing expenses were $78.5 million in the first quarter, a 61% increase compared to the same quarter last year and up 12% sequentially from the fourth quarter.

We said we are going to maintain an aggressive posture with marketing and the sequential increase is consistent with past seasonal patterning for the first quarter, which is typically strong for new diner engagement.

During the quarter, we increased advertising spend across all marketing channels and acquired a record number of quality new diners. Our I Want It All TV creative has been very successful.

In the supplemental slides, we show the trend of our cost per new diner over the last 3 years. Even though we spent 3x more in advertising in the first quarter of 2019 than we did in the first quarter of 2016, our cost per new diner is only up approximately 10% over those 3 years. We're showing the CPA trendline is a trailing 4 quarter's average because of seasonality. But as a data point, even if you exclude the new diner impact of the Taco Bell national advertising campaign, effectively normalizing for the impact of that campaign, our cost per new diner in the first quarter was unchanged from the fourth quarter.

Our discipline approach to diner acquisition is a key driver of the stable cohort behavior you see in the supplemental slides, which Matt discussed earlier. It also supports the improving retention rates you see for both brand new and somewhat new diners also in those slides.

Finding the right diners and bringing them to a marketplace with a constantly improving restaurant supply drives higher diner retention, which you can see both 1 month into a Grubhub diner's journey and 1 year after their first order. We show this dynamic for a number of different cohorts and markets to show that this is a broad phenomenon on Grubhub. It's not limited to 1 market or 1 vintage of diners. Our investment in advertising is working.

Technology expenses, excluding amortization of web development, were $27 million for the quarter, increasing 57% from the first quarter of 2018. A majority of this growth is related to the engineers we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GRUBHUB INC. FQ1 2019 EARNINGS CALL | APR 25, 2019

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Jason Helfstein with Oppenheimer.

**Jason Stuart Helfstein**
*Oppenheimer & Co. Inc., Research Division*

I think every earnings season, now it seems like we're seeing another data point about the importance of delivery and drivers, I think it was Chipotle. I think it was either this morning or yesterday kind of cited 100% growth in digital. Can you just talk about the kind of progress you're making with the conversation, with chain, there was obviously the headline about McDonald's potentially being nonexclusive with their European partner or the conversations you're having about how the software platform works exclusivity versus non-exclusivity? And then the types of economics that are being talked about given that -- are the chains still looking for the lowest price take rate? And kind of what's your ability to kind of negotiate?

**Matthew M. Maloney**
*Founder, CEO & Director*

Jason, this is Matt. Thanks for asking that question actually. I have a lot to say about our relationships with chains, the conversations, the rates and the current forms of exclusivity that's going around. So this may be one of the longer answers, but I think it's going to be really interesting.

So the bottom line, as I said in my comments earlier, the products and the platforms that we have produced are irreproducible currently given the lack of partnerships in the lots of our competitors. We're providing the products that restaurants want. I think I said in a few earnings calls that management teams are kind of between a rock and a hard place with trying to figure out digital profitability over time given the fact that they don't have any of the information on the customers that are placing those orders. So as you mentioned the 100% digital growth, as soon as they change platforms, they are up a creek in terms of trying to reproduce that growth. And so it really puts management teams at a really difficult spot.

And so we have changed the game. And it was a combination of the LevelUp technology and products, the Tapingo acquisition, the teams and folding it all into our delivery capabilities in our marketplace, but we're providing the total package. And I think if you talk to restaurant management teams right now, they will validate that statement. I'm extremely confident because I feel that we're winning across the board when it comes to chain and enterprise conversations. No one else has this combination of the marketplace growth, delivery, Delivery as a Service, loyalty programs, including where we share customer data with POS integration. This is exactly what they want, and like I said, we're the only ones offering it.

While -- in terms of fees, while major brands do have more leverage than local restaurants, we are not as impacted in the pricing conversation because we actually bring real value and we're helping brands build a long-term and profitable business. So we're paid fairly for our services, which then allows us to achieve long-term sustainable economics, which I think you also know is rather unique in our industry. So you think about the exclusivity components of some of these relationships. Exclusivity for all of our competition is simply economically motivated. 0 or near 0 fees for the brand to forgo all orders from all other platforms. This just isn't sustainable even with billions of dollars in private venture money flowing in. This is not a long-term business.

We also currently have exclusive partnerships. But because we have built exceptional tools that help our restaurants build a sustainable and profitable online business, so restaurants choose to work only with us not because of an economic incentive, but rather a practical one because they want to own their customers and build a long-term asset. This is extremely rational.

Over time, I don't think exclusivity will be the norm as restaurants will always want to increase total food sales. And I think they should be able to access diners across all platforms, but you have to remember the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**GRUBHUB INC. FQ1 2019 EARNINGS CALL | APR 25, 2019**

I think Matt, you said recently, you're willing to be and you definitely are a lot more aggressive -- extremely aggressive when it comes to investing the future and we saw that with sales and marketing costs included with active diners. But when I hear, Adam, you talk about the CPA up only 10% over the last several years, why not spend more? Could you spend more? Would that be more efficient? Would that be efficient based on your LTM calculations, I guess, is one question? And then maybe following up on that last question just with Pizza Hut and, Matt, you mentioned Dunkin' Brands extending the partnership. Last quarter, you talked about how quickly it was implemented. Please give more insights on how that's going with Dunkin' and, of course, with pilot on Pizza Hut coming soon, that would be exciting to hear too?

**Adam J. DeWitt**
*President, CFO & Treasurer*

Ron, I'm actually going to take the CPA question. It's a good question. When we show the CPA, you're looking at an average, right? And our approach to advertising and how we think about spending hasn't changed in a long time. And that is we're spending to the point of inefficiency, right? And so what we're looking for is, we don't want to be spending more on that last incremental diner than they are worth. And so what you're seeing is really the output of what's happening across all of our channels, right, paid, unpaid, everything. In terms of the average, there is no peg there, right? What I'll tell you is from an LTV perspective, the diners are worth a lot more than the CPA that you're seeing on -- CPA that you're seeing there. And so we would be comfortable if it was up. It's just what we're not comfortable doing is spending more on the last incremental diner than they are worth. Does that make sense?

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

It does. I mean how do you sort of reconcile that just one last follow-up on -- with perhaps your competitors that are spending more and maybe taking mindshare there?

**Adam J. DeWitt**
*President, CFO & Treasurer*

Well, I can't speak to their economics. All I can point you to is our numbers, which show you that we've been able to acquire a lot more diners, right, spending a lot more money and maintain the efficiency. But not only that, you're seeing the diners improve in quality over time, right? I hope -- I don't know if you've got a chance to read through the supplemental deck, but the repeat rates on our January and February 2019 diners are higher across all of our markets than they were in 2018 or 2017. So the quality is going up. We're spending more money and the cost isn't increasing. And so the formula is working for us. The underlying organic growth in our business, I think Matt may have said this in his comments, I'm not sure. But the underlying growth in our business is stronger now than it has been in any point in the last 2 years. And so we're happy. I mean we've been able to deploy more. We just ramped up 50%, 60% from the third quarter to the fourth quarter and first quarter.

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

It makes a lot of sense.

**Matthew M. Maloney**
*Founder, CEO & Director*

Yes, in terms of the enterprise pilots and expansions, kind of like I said earlier, winning across the board is the take away here. Dunkin' is extremely happy, excited. Even -- I don't know if you've had a chance to look at Dunkin's Q&A from the last earnings call, but they had some extremely nice things to say about us, and we are aggressively expanding that pilot. I think we don't have any news to share right now other than it's a -- continue on the same trajectory as when we last talked. Similar to my answer to Tom earlier is that a lot of these announcements are kind of out of our hands. I would love to announce the multiple deals that I'm aware are already signed, but we can't because the brands would prefer to announce when they are prepared to announce, which we are respectful of being a good partner and wanting to help them build a long-term digital business. And in fact, many of these cases having these restaurants build their

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.