# EXHIBIT 5

**S&P Global**
Market Intelligence

# Grubhub Inc. NYSE:GRUB
# FQ2 2019 Earnings Call Transcripts

## Tuesday, July 30, 2019 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2019- | | | -FQ3 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.30 | 0.27 | ▼ (10.00 %) | 0.34 | 1.44 | 2.20 |
| **Revenue (mm)** | 317.39 | 325.06 | ▲ 2.42 | 330.69 | 1361.72 | 1735.03 |

Currency: USD
Consensus as of Jul-30-2019 2:48 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2018** | 0.41 | 0.45 | ▲1 9.76 % |
| **FQ4 2018** | 0.28 | 0.19 | ▼2 (32.14 %) |
| **FQ1 2019** | 0.25 | 0.30 | ▲3 20.00 % |
| **FQ2 2019** | 0.30 | 0.27 | ▼4 (10.00 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

GRUBHUB INC. FQ2 2019 EARNINGS CALL | JUL 30, 2019

# Presentation

**Operator**

Good morning. My name is Denise, and I'll be your conference operator today. At this time, I'd like to welcome everyone to the Grubhub Q2 2019 Earnings Conference Call. [Operator Instructions] Thank you. Adam Patnaude, Head of Investor Relations and Corporate Development, you may begin your conference.

**Adam Patnaude**
*Head of Corporate Development & Investor Relations*

Good morning, everyone, welcome to Grubhub's Second Quarter of 2019 Earnings Call. I'm Adam Patnaude, Head of Investor Relations. Joining me today to discuss Grubhub's results are Founder and CEO, Matt Maloney; and our President and CFO, Adam DeWitt.

This conference call is available via webcast on the Investor Relations section of our website at investors.grubhub.com. In addition, we'll be referencing our press release, which has been attached as an exhibit to our current report on Form 8-K filed with the SEC today. I'd like to take this opportunity to remind you that during this call, we will make forward-looking statements, including guidance as to our future performance. These forward-looking statements are made in reliance on the safe harbor provisions of the Securities and Exchange Act of 1934 as amended and are subject to substantial risks and uncertainties that may cause actual results to differ materially from those in these forward-looking statements.

For additional information concerning factors that could affect our financial results or cause actual results to differ materially, please refer to the cautionary statements included in our filings with the SEC, including the Risk Factors section of our annual report on Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on February 28, 2019, and our quarterly report on Form 10-Q for the quarter ended June 30, 2019, that will be filed with the SEC.

Our SEC filings are available electronically on our investor website at investors.grubhub.com or the EDGAR portion of the SEC's website at www.sec.gov. Also, I'd like to remind you that during the course of this call, we will discuss non-GAAP financial measures in talking about our performance. Reconciliations to the most directly comparable GAAP financial measures are provided in the tables in the press release.

Finally, as a reminder, all of our key business metrics exclude transactions like LevelUp and Tapingo where Grubhub only provides technology or fulfillment services. And now I'll turn the call over to Matt Maloney, Grubhub's Founder and CEO.

**Matthew M. Maloney**
*Founder, CEO & Director*

Thanks, Adam. Good morning, everyone, and thanks for joining the call. During the second quarter, we generated 489,000 DAGs, up 16% year-over-year. As expected, DAG growth slowed a bit from the first quarter because the first quarter included the large-scale Taco Bell co-marketing TV campaign paired with free delivery. Active diners grew 30% year-over-year to 20.3 million. Sequentially, we added 1 million net active diners. Our strong order and diner growth translated to net revenue of $325 million for the quarter, up 36% year-over-year.

Adjusted EBITDA for the second quarter was $55 million, this is $4 million higher than the $51 million in the first quarter despite the sequential seasonal slowdown in orders because of the operating leverage we said we would realize as newer markets scale.

Adjusted EBITDA per order was $1.23, up from $1.09 in the first quarter. In these newer delivery markets, we had another quarter of strong momentum and DAG growth with the added restaurant inventory helping these markets scale. As Adam will touch on in his remarks, we expect the continued improvement in driver efficiency through the balance of the year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**GRUBHUB INC. FQ2 2019 EARNINGS CALL | JUL 30, 2019**

paying way too much for that burrito when there are lower cost options for the same food from the same restaurants.

This is why Grubhub is so focused on keeping diner fees as low as possible. It's the best answer for all diners, restaurants and even drivers and the only answer for a long-term sustainable growth in this industry.

Thank you for giving me a minute to set the record straight. We've accomplished a lot so far in 2019 but there's still a lot more to do in the second half of the year, and we look forward to updating you on our progress this fall.

And with that, I'll turn the call over to Adam.

**Adam J. DeWitt**
*President, CFO & Treasurer*

Thanks, Matt. I'll start by walking through the details of our second quarter results and give some updated thoughts on guidance before opening the call up for Q&A.

Grubhub processed 489,000 DAGs in the second quarter, up 16% from the second quarter of 2018. On a sequential basis, DAGs were 6% lower than the first quarter. Historically, we've seen a sequential decline of low to mid-single digits from the first to the second quarter due to seasonality. Decline was a bit exaggerated this year by the Taco Bell national television and free delivery campaign in the first quarter that Matt referenced as well as the timing of the Easter holiday, which we mentioned last quarter.

Active diners grew 30% year-over-year to 20.3 million in the second quarter as we added 1 million net new active diners during the quarter compared to 500,000 net additions during the same period last year. Our strong active diner growth is a result of our ever-improving restaurant network, efficient advertising and broad delivery coverage. Calculated orders per active diner was lower than last year as it has been in past quarters. But as a reminder, this isn't really a fair way to measure the activity of our individual diners for 2 reasons: first, we continue to mix shift away from New York in corporate diners where diners have a materially higher frequency than any other market in the U.S.; and second, and perhaps slightly more nuanced, we stepped up net diner additions in recent quarters.

Having a higher percentage of new diners distorts the frequency calculation because they have not been on the platform for the entire quarter, and they also continue to increase frequency in future years.

Gross food sales for the second quarter were $1.5 billion, increasing 20% from the prior year with our average order size up 3.5% to slightly under $33. The 3.5% increase represents a little bit of an acceleration in growth in recent quarters. Roughly a year ago, we made the decision to eliminate minimums from our Grubhub delivered orders because it drove more orders and higher overall diner LTV even though there was a slight headwind to average order size.

This was the first quarter with 0 mins in both the product quarter and the year ago comparable quarter. This is much of the acceleration from the 1.2% increase we saw in the first quarter. The first quarter average order size also had a slight headwind from the Taco Bell free delivery campaign, which temporarily lowered the order size for Taco Bell orders.

Second quarter net revenues were $325.1 million, up 36% year-over-year. Our reported capture rate of 22.3% includes roughly 90 basis points for LevelUp and Tapingo's technology oriented revenues. This is similar to the first quarter impact. Normalizing for LevelUp and Tapingo revenue, capture rate was up about 170 basis points year-over-year and 70 basis points sequentially, reflecting a mix shift towards more Grubhub Delivery orders and also a continued small upward impact from restaurants choosing to pay more on our marketplace for more impressions.

Orders we deliver on behalf of our restaurant partners accounted for nearly 35% of our DAGs during the quarter. Operations and support expenses grew 59% year-over-year from $102.4 million to $162.4 million in the quarter driven by increased Grubhub delivered orders and the underlying growth of our order volume.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GRUBHUB INC. FQ2 2019 EARNINGS CALL | JUL 30, 2019

Revenue lifts operations and support cost per order, which helps gives perspective to the growth in operations and support cost while normalizing for the mix shift to increase Grubhub Delivery orders was $3.66 per order, an improvement from $3.46 in the first quarter. This increase highlights the progress we've made towards reducing the investment in delivery markets we made in the fourth quarter of last year.

As Matt noted, these markets are scaling quickly, resulting in improving driver efficiency and a lower per order delivery cost. Recall, our operations and support line contains most of the variable costs associated with orders that are not already netted out of revenue, including all driver pay, any driver subsidies, background checks, insurance, gear, credit card processing costs and driver, restaurant, and diner customer care costs.

We have now operated in these new Grubhub Delivery markets for a couple of quarters and as expected, diners in these markets are behaving a lot like diners do in other markets. Specifically, the order frequency of diners increases with the introduction of Grubhub Delivery, which improves restaurant inventory in a market and the average order values in these newer delivery markets regardless of population size or density in the market, are in line with other more established Grubhub markets. We are encouraged by this sign of behavior and it further reinforces our view that we have a formula that leads to economically sustainable growth in all types of markets.

Driver pay does still exceed delivery revenue in some of these newer markets. However, given their progress, we remain confident we will have completely grown into the excess capacity and be able to balance these markets by the end of this year, as we've said previously.

Of note, we've been talking a lot the last few quarters about our progress in new markets. But we've also been making great progress on delivery efficiency overall. As we've scaled, we found many opportunities to deliver food more quickly and in a lower overall cost. Over time, this will allow us to reinvest in growth throughout the business, whether it's in lower delivery pricing, marketing or other opportunities.

Sales and marketing expenses were $74.1 million in the second quarter, a 60% increase compared to the same quarter last year and down 6% as expected from the seasonally strong first quarter. We expect sales and marketing expense to follow typical seasonality for the remainder of the year with third quarter expense roughly in line with the second quarter and a sequential step up from the third to the fourth quarter.

We are still finding plenty of opportunities to acquire diners at a reasonable cost, as evidenced by our 1 million net active diner additions during the quarter. Our advertising channel mix hasn't changed dramatically over the last several quarters, but that doesn't mean we aren't testing and investing capital to find the best opportunities to acquire high-quality diners. These opportunities can take many forms beyond traditional advertising like promotions, pricing, product offers and delivery levers to name a few.

We use the same value-based framework to evaluate all of our growth investments whether traditional advertising or other. Technology expenses, excluding amortization of web development, were $29.4 million for the quarter, increasing 57% from the second quarter of 2018. The majority of the year-over-year growth is related to the engineers we acquired with LevelUp and Tapingo late last year, which we won't fully lap until the first quarter of 2020.

Depreciation and amortization was $27.2 million for the quarter, up 37% year-over-year. G&A costs were $25.8 million, up 42% from last year, mostly related to the acquisitions of LevelUp and Tapingo and an increase in miscellaneous costs consistent with the growth in our business.

GAAP net income was $1.3 million in the second quarter compared to the prior year of $30.1 million. Net income per fully diluted common share was $0.01 on approximately 92.8 million weighted average fully diluted shares.

Non-GAAP net income was $24.9 million or $0.27 per fully diluted common share compared to the prior year of $46.3 million or $0.50 per fully diluted common share. Adjusted EBITDA for the second quarter was $54.7 million compared to $67.4 million in the same quarter of the prior year. Adjusted EBITDA per order, which we view as a good indicator of our profitability, was $1.23 in the second quarter compared to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

GRUBHUB INC. FQ2 2019 EARNINGS CALL | JUL 30, 2019

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Jason Helfstein with Oppenheimer.

**Jason Stuart Helfstein**
*Oppenheimer & Co. Inc., Research Division*

So like one question and then housekeeping. So you kind of ended making a point of talking about that you're seeing favorable CAC levels, and you could see that sales and marketing as a percentage of revenue and GFS improved sequentially, however, it does appear that the industry has decided that the higher diner LTV justifies higher total marketing, promotional take rates for chain restaurants and higher CAC. And so I guess the question, high level, if you don't make changes to your CAC to LTV model, does it cap your growth or market share at some point? And then just a model housekeeping question, it does look like the guidance implies, or can you confirm that the guidance implies, $1.50 of EBITDA per order in the fourth quarter? And is all the leverage in that number in the ops and support line?

**Matthew M. Maloney**
*Founder, CEO & Director*

Jason, in terms of the first question, what I would say is, look, I mean from a framework perspective, we're always going to think about how much do the diners that we acquire cost versus how much value do they deliver to us over time, right? And so we're constantly to your point, while not changing that basic framework, we're always changing how we view value and how -- what we're seeing in terms of cost. So I don't think that there's any cap on -- in terms of our growth -- an artificial cap because we're looking at the lifetime value of the diner and what we're going to get from it over time.

I mean we're what we're not doing is looking at a CAC or CPA, let's say, look, it costs us $100 to acquire a new diner but there's no way we think that the diner's ever going to be worth a total of $50, we're not going to go out and make that trade off. We're still taking a view of hey, overall -- based on the behavior that we see, based on profitability of the orders that we have and based on our infrastructure and everything else, what the value is over time. And we're finding a lot of opportunities to deploy capital to do that. And frankly, we're doing it -- a better job of it now than we were a year ago or 18 months ago, as you can see in the diner growth. Actually, sales and marketing dipped during the quarter sequentially, but we still had strong net new diner adds. So we feel good about that and the framework is made so that it evolves with what's going on in the marketplace.

In terms of the second question, yes, absolutely. The implied guide in the fourth quarter still has $1.50 plus in terms of EBITDA, and the story hasn't changed there at all, right? It's a combination of leverage in ops and support but then also, as I mentioned in my comments, we're going to lap the big step up in marketing that we had in the fourth quarter of last year, and we don't see another similar $20 million step up in the fourth quarter this year. So you're going to see that. You also see just general leverage in the business. The fourth quarter is a big tick up in terms of orders and frequency and it will leverage the fixed costs in our business too. So all 3 of those components will get you above $1.50 million in the implied guidance for the fourth quarter.

**Operator**

Your next question comes from Mark May with Citi.

**Mark Alan May**
*Citigroup Inc, Research Division*

You referenced the planned marketing campaign later this year for perks, I believe. Does this represent a meaningful overall step-up in your marketing budget in the second half versus a year ago? And then total order growth in the quarter, I think it was up 16% year-on-year. Sales and marketing per order up nearly 40%. Just curious, are you seeing any change in the competitive intensity in a particular region

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

going forward? Clearly looks like in Q2, there was a slowdown in orders and increase in acquisition cost. As you look forward kind of quarter-to-date or in recent months, are you seeing any changes there?

**Adam J. DeWitt**
*President, CFO & Treasurer*

Yes, in terms of the marketing campaign in perks, just for a functional standpoint, it's not an incremental on top of our current plan. It's just part of our current plan, right? We have a -- we have this great new product where restaurants are funding free food for diners and we're packaging it in a unique way, and we will be pushing it out to diners in a way we think will not just drive conversion for new diners, but also drive frequency for return diners and potentially impact orders, the size and things like that. I mean all these things we do are incremental so I don't foresee like a big step up for many -- any individual thing. But the campaign aspect of it is just part of our current marketing program. It might just be adding it to messaging, the stuff that we already do, it may be profiling specific digital ads around it, et cetera, et cetera, but nothing out of the ordinary.

In terms of the order growth, we're not -- the way to think about the sales and marketing expense. We've always talked about as being 95% plus related to new diner acquisition, and we have -- the number that we disclosed is net active diners, not gross new diners. And so last quarter, we had a supplemental disclosure where we showed you guys what that gross CPA looked like over time and what I'd say is that trend hasn't changed. We're still seeing plenty of opportunities to acquire new diners at a reasonable cost and that has not increased the cost there, whether it's competitive or running out of runway or not launching. Whatever it is, we haven't seen a headwind on our ability to acquire new diners at similar cost as we have over the past several quarters.

**Operator**

Your next question comes from Robert Mollins of Gordon Haskett.

**Robert Michael Mollins**
*Gordon Haskett Research Advisors*

Given the stronger-than-expected diner growth in the quarter and revenue coming in at the high end of the Q2 '19 guidance range, what are you seeing that made you take down the top end of that revenue guidance for 2019? Then just a quick second question, has there been any improvement in driver retention resulting from the driver pay changes? And any comment on hiring new drivers will be helpful as well.

**Adam J. DeWitt**
*President, CFO & Treasurer*

Yes. In terms of the diner -- in terms of the first question, were you talking about the revenue guide or the EBITDA guide?

**Robert Michael Mollins**
*Gordon Haskett Research Advisors*

The revenue guidance.

**Adam J. DeWitt**
*President, CFO & Treasurer*

Yes. I mean look, in terms of the revenue guide, there's a lot of variables that go in there, right, when we set the guidance for the full year. And there's a lot of things that go into that, not just orders but also pricing, promotions, et cetera. And we've kind of set guidance where we think we're going to be for the remainder of the year given that different things that we're thinking about doing and feel good in terms of the trajectory of order growth, and we technically didn't take it down. I think we just didn't bring it up based on the revenue beat. But still very much within the guide and like I talked about earlier, from an EBITDA per order perspective, we're still forecasting over $1.50 exit rate for the fourth quarter.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GRUBHUB INC. FQ2 2019 EARNINGS CALL | JUL 30, 2019

Marie, I'll take the first one. Adam can take the question on efficiency and leverage next year. I think that -- there are a lot of rumors, which is kind of interesting. I don't know where the industry is going to land. I think that I have -- I've seen it evolve over 15, 20 years. There are a lot of players right now, making a lot of poor business decisions. And I think that there's a lot of money and likely a lot of investors that are concerned about their own liquidity and how their investments are going to play out. So I think the conditions are favorable for consolidation. But how that actually plays out? It's hard to tell. There's been a few companies that have been rumored to be on the market for definitely months, if not years, and nobody seems to be interested in acquiring them. And I would only assume that it would be because of poor unit economics, poor competitive differentiation or poor management. And I think that when we look at our forward opportunity, we try to figure out our strategic differentiation, and we've been very consistent that our business is founded on partnership, working with the restaurants, understanding what the restaurants really need and trying to help them achieve their business goals in digital pickup.

And you see a lot of investment on our enterprise side, with loyalty programs, with POS integration, with specific tools, building white label apps for restaurants, helping them own their customer because that is a valuable asset for their businesses for the long term. It's accumulating in the perks product that we're talking about right now, where we expect to see hundreds of millions of dollars in restaurant-funded incentives. And if you think about the broader scale, and especially in my prepared comments around price gouging and our industry right now, it really is kind of a Wild West what you saw in travel years ago where objective price is kind of unknown, that's why I called out our menus and our platform as the one that has no incremental fees. So you can actually do your own work and understand how aggressively competitors are charging. I think there was a sell-side report yesterday in fact highlighting that we significantly beat everyone else in the actual amount that the consumer pays.

And I think that over time, as you saw in travel, consumers will wise up. They will be more intelligent. And if that is our -- if that's the way we're going to differentiate and if that's the way we were going to win over the long time, I think you see how the Perks program really dovetails with our partnership strategy and our low entrenched parent fee strategy and it all works out to be a significant economic win for the consumer, which over time will win. So that's the way we're thinking about it. I'm not thinking about M&A specifically, either acquisition or exits. We have a real opportunity to win in a big industry, and we are aggressively chasing that down and really doing everything we can to win.

**Adam J. DeWitt**
*President, CFO & Treasurer*

And Maria, on your second question about leverage, I mean, look, there's a lot of opportunities, right? There's fixed cost of the business, there will be continued delivery efficiency over time. We'll likely get some operating leverage on sales and marketing next year, but I think, look, it's important to remember that we are, as I said in the last question, we're not trying to maximize profits, right, we're -- or maximize cash flow, and we're thinking thoughtfully about growth and how do we make investments for growth. So those are the areas where you could see operating leverage. We do think our -- we have a very profitable model in terms of long-term sustainability, the breadth of restaurants, the combination of how we charge diners and what the restaurants pay us and the formula works. So it's -- we feel great about the $1.50 number in the fourth quarter and there's a lot of -- there's a natural tailwind in the business going forward and it could be in any of those line items or some of them.

**Operator**

Your next question comes from Jeremy Scott with Mizuho.

**Jeremy Carlson Scott**
*Mizuho Securities USA LLC, Research Division*

So look, lots of work being done on both the restaurant and the customer experience. It seems like the leap in delivery mix has prompted restaurant operators to accelerate their investments in their own in-house technology, in their own branded ecosystem. In certain cases, that seems to have less room for a new crop of these third-party online ordering platforms to wedge their technology in between. So I'm wondering how your strategy may shift in an environment where your restaurant customers seem to be

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**GRUBHUB INC. FQ2 2019 EARNINGS CALL | JUL 30, 2019**

Yes. So in terms of the growth rate, you highlighted the 16%. Look, it's a good baseline for the organic growth. When we think about it in the context of the first quarter growth of 18%, 19%. But then as we mentioned in our prepared remarks, you remove the big tailwind we had in the first quarter from Taco Bell and then you also have a little bit of, I mentioned in my prepared remarks, a little bit of the Easter overhang. And you see a sequential decline of 6% and it kind of all lines up with how we performed historically from the first quarter to second quarter, so we feel really good.

In terms of patterning for the rest of the year, I would assume we're going to see a little bit of a step down in the third quarter like we typically have and then a pretty good step-up in the fourth quarter. And given the comments I made about our revenue mix, our revenue pricing, you can kind of back into what those -- what a reasonable growth rate is. I think the thing I want to point out is at 16%, that includes the Eat24 business, that includes Yelp, that includes corporate, it includes some of our older markets. And so when you're thinking about all of that and then look at what we're doing a year ago, the 16% is actually quite a bit higher than where we were in the second quarter of last year. If you go back and add in what Eat24 was growing at, what Yelp was growing at, what corporate was growing at the time. So in turn -- longer answer. The short answer is it's a good jumping off point from an organic perspective.

And then I think you asked about the mix in the markets. I think it's been a story that -- it's a story that's similar to what it's been over the past several quarters, which is those Tier 2, Tier 3 non-original 7 markets that we've been in are driving disproportionately the growth for the company. The original are still growing, but they are certainly growing at a lower rate than those Tier 2s, Tier 3s. So we become more and more geographically diverse. I think last quarter, we mentioned 60 markets that were over 1,000 DAGs and 20 markets that are over 3,000 DAGs, I'm guessing because the seasonality that hasn't changed much. But we do see those markets as a whole driving a larger percentage of our DAGs than they have even last quarter.

**Operator**

Your next question comes from Nat Schindler with Bank of America.

**Nathaniel Holmes Schindler**
*BofA Merrill Lynch, Research Division*

Just a question on the active diner growth that you had and the accelerations you had since previous years. Are these diners similar in behavior to previous cohorts of diners that you've taken? And if so, could we expect gross food sales growth to go up towards the level of your active diner growth as this cohort actually were...

**Adam J. DeWitt**
*President, CFO & Treasurer*

Yes. Nat, you're starting to cut out. But I mean I think I understand the gist of your question. I -- in the prepared remarks, I talked a little bit about frequency and what is weighing on frequency. And I think that is a structural headwind as opposed to an ephemeral headwind, because the diners in New York and the diners in corporate are going to -- are always going to order more than the newest diners outside of New York and corporate. As we look out into the farther markets, we are seeing good frequencies and ramps in frequencies over time. I think the other thing that -- the other impact that will go away over time that's weighing on frequency a little bit is that we've gone through this period of really strong new diner acquisition. And so just mathematically, when you have newer diners disproportionately in your active diner base, it's going to weigh on frequency a little bit. So that impact should go -- would go away over time if new diner growth doesn't stay at a super high level, but the other kind of structural difference will be there forever.

**Nathaniel Holmes Schindler**
*BofA Merrill Lynch, Research Division*

Okay. And one further clarification on this. Have you seen any indication -- I know you said in the past that you're not fighting for share of stomach in marketing. But have you seen any data that suggests your

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

diners are using multiple different services or different apps over the course of a month? Or are they really sticking to a single platform?

**Adam J. DeWitt**
*President, CFO & Treasurer*

Yes, we haven't seen it. I mean what I can tell you is once a cohort becomes stable, we're still seeing really consistent behavior like what we showed you in the supplemental disclosure deck last quarter. So I can't remember what year it was. It was '15, '16 or '17 cohort. We're not seeing that change, and we didn't see a change last quarter and it didn't -- it hasn't changed in an appreciable way this quarter either. So if it's happening, it's happening in addition, as opposed to substitutive.

**Nathaniel Holmes Schindler**
*BofA Merrill Lynch, Research Division*

Okay. And one real final question. I know you calculates out into the low $1.50 EBITDA per order by Q4 kind of based on your guidance. And that's a little bit below what you had said returning to Q3 levels of last year, which was $1.57. I know just a tiny bit. Was that an intentional change or is this just rounding?

**Adam J. DeWitt**
*President, CFO & Treasurer*

I mean, I think that baked into the guide is above $1.50. I think we have to keep in the context -- look, we're at $0.98 in the fourth quarter, right? And we're at $1.23, so we've improved profitability per order by 25% in 2 quarters and it's in a much slower seasonal quarter. So we've made a lot of progress and we're talking about making another 25% in the next 2 quarters. So $0.01 here or $0.01 there, I'm not going to get caught up in. So I feel -- we feel really good about the leverage that we're going to get on the delivery side and really good about the leverage that we're going to get on the marketing side. And then also good about just in general as order volume goes up, we're going to leverage the fixed investments that we've made -- LevelUp and Tapingo technologists, other product and technologists and kind of other overhead. So I think we're talking about pennies here that don't add up to a lot.

**Operator**
This concludes the question-and-answer session for today's call. Thank you for your participation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.