# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2019

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission File Number 1-36389

# GRUBHUB INC.
(Exact name of registrant as specified in its charter)

| Delaware | 46-2908664 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 111 W. Washington Street, Suite 2100 Chicago, Illinois | 60602 |
| (Address of principal executive offices) | (Zip code) |

(877) 585-7878
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.0001 par value per share | GRUB | New York Stock Exchange |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-Accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of August 2, 2019, 91,353,172 shares of common stock were outstanding.

- ***Gross Food Sales.*** The total value of food, beverages, taxes, prepaid gratuities, and any delivery fees processed through the Company's Platform. The Company includes all revenue generating orders placed on its Platform in this metric; however, revenues are recognized on a net basis for the Company's commissions from the transaction, which are a percentage of the total Gross Food Sales for such transaction.

The Company's key business metrics were as follows for the periods presented:

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | 2018 | % Change | 2019 | 2018 | % Change |
| Active Diners | 20,288,000 | 15,581,000 | 30 % | 20,288,000 | 15,581,000 | 30 % |
| Daily Average Grubs | 488,900 | 423,200 | 16 % | 504,900 | 430,000 | 17 % |
| Gross Food Sales (in millions) | $ 1,459.3 | $ 1,220.4 | 20 % | $ 2,961.6 | $ 2,465.4 | 20 % |

The Company experienced significant growth across all of its key business metrics, Active Diners, Daily Average Grubs and Gross Food Sales, during the three and six months ended June 30, 2019 as compared to the same period in the prior year. Growth in all metrics was primarily attributable to increased product and brand awareness by diners largely as a result of marketing efforts and word-of-mouth referrals, better restaurant choices for diners in our markets and technology and product improvements.

**Results of Operations**

***Three Months Ended June 30, 2019 and 2018***

The following table sets forth the Company's results of operations for the three months ended June 30, 2019 as compared to the same period in the prior year presented in dollars and as a percentage of revenues:

| | Three Months Ended June 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | | 2018 | | $ Change | % Change |
| | Amount | % of revenue | Amount | % of revenue | | |
| | (in thousands, except percentages) | | | | | |
| Revenues | $ 325,058 | 100 % | $ 239,741 | 100 % | $ 85,317 | 36 % |
| Costs and expenses: | | | | | | |
| Operations and support | 162,406 | 50 % | 102,445 | 43 % | 59,961 | 59 % |
| Sales and marketing | 74,128 | 23 % | 46,231 | 19 % | 27,897 | 60 % |
| Technology (exclusive of amortization) | 29,400 | 9 % | 18,717 | 8 % | 10,683 | 57 % |
| General and administrative | 25,784 | 8 % | 18,180 | 8 % | 7,604 | 42 % |
| Depreciation and amortization | 27,223 | 8 % | 19,849 | 8 % | 7,374 | 37 % |
| Total costs and expenses(a) | 318,941 | 98 % | 205,422 | 86 % | 113,519 | 55 % |
| Income from operations | 6,117 | 2 % | 34,319 | 14 % | (28,202 ) | (82 %) |
| Interest expense - net | 5,467 | 2 % | 8 | 0 % | 5,459 | nm |
| Income before provision for income taxes | 650 | 0 % | 34,311 | 14 % | (33,661 ) | (98 %) |
| Income tax (benefit) expense | (602 ) | 0 % | 4,191 | 2 % | (4,793 ) | (114 %) |
| Net income attributable to common stockholders | $ 1,252 | 0 % | $ 30,120 | 13 % | $ (28,868 ) | (96 %) |
| NON-GAAP FINANCIAL MEASURES: | | | | | | |
| Adjusted EBITDA(b) | $ 54,730 | 17 % | $ 67,419 | 28 % | $ (12,689 ) | (19 %) |

(a) Totals of percentage of revenues may not foot due to rounding.
(b) For an explanation of Adjusted EBITDA as a measure of the Company's operating performance and a reconciliation to net income, see "*Non-GAAP Financial Measure-Adjusted EBITDA.*"

nm Not meaningful

*Revenues*

Revenues increased by $85.3 million, or 36%, for the three months ended June 30, 2019 compared to the same period in 2018. The increase was primarily related to the significant growth in Active Diners, which increased from 15.6 million to 20.3 million at the end of each period, driving an increase in Daily Average Grubs to 488,900 during the three months ended June 30, 2019 from 423,200 during the same period in 2018. The growth in Active Diners and Daily Average Grubs was due to increased product and brand awareness largely as a result of marketing efforts and word-of-mouth referrals, better restaurant choices for diners in our markets and technology and product improvements to drive more orders. In addition, revenue increased during the three months ended June 30,

22

**CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS**

In this section and elsewhere in this Quarterly Report on Form 10-Q, we discuss and analyze the results of operations and financial condition of the Company. In addition to historical information about the Company, we also make statements relating to the future called "forward-looking statements," which are provided under the "safe harbor" of the U.S. Private Securities Litigation Act of 1995. Forward-looking statements involve substantial risks, known or unknown, and uncertainties that may cause actual results to differ materially from future results or outcomes expressed or implied by such forward-looking statements. Forward-looking statements generally relate to future events or our future financial or operating performance. In some cases, you can identify forward-looking statements because they contain words such as "anticipates," "believes," "contemplates," "continue," "could," "estimates," "expects," "intends," "may," "plans," "potential," "predicts," "projects," "should," "target" or "will" or the negative of these words or other similar terms or expressions that concern the Company's expectations, strategy, plans or intentions.

We cannot guarantee that any forward-looking statement will be realized. These forward-looking statements are subject to a number of risks, uncertainties and assumptions, including the following important factors, in addition to those discussed elsewhere in this Quarterly Report on Form 10-Q, in Part I, Item 1A, *Risk Factors*, of the 2018 Form 10-K and Part II, Item 1A, *Risk Factors*, in subsequent quarterly reports, that could affect the future results of the Company and could cause those results or other outcomes to differ materially from those expressed or implied in the Company's forward-looking statements:

- our ability to accurately forecast revenue and appropriately plan expenses;
- our ability to effectively assimilate, integrate and maintain acquired businesses;
- our ability to attract and retain restaurants to use the Company's platform in a cost effective manner;
- our ability to maintain, protect and enhance our brand in an effort to increase the number of and retain existing diners and their level of engagement using the Company's websites and mobile applications;
- our ability to strengthen the Company's takeout marketplace;
- the impact of interruptions or disruptions to our service on our business, reputation or brand;
- our ability to choose and effectively manage third-party service providers;
- the seasonality of our business, including the effect of academic calendars on college campuses and seasonal patterns in restaurant dining;
- our ability to generate positive cash flow and achieve and maintain profitability;
- our ability to maintain an adequate rate of growth and effectively manage that growth;
- the impact of worldwide economic conditions, including the resulting effect on diner spending on takeout;
- the exposure to potential liability and expenses for legal claims and harm to our business;
- our ability to defend the classification of members of our delivery network as independent contractors;
- our ability to keep pace with technology changes in the takeout industry;
- our ability to grow the usage of the Company's mobile applications and monetize this usage;
- our ability to properly use, protect and maintain the security of personal information and data provided by diners;
- the impact of payment processor costs and procedures;
- our ability to successfully compete with the traditional takeout ordering process and online competitors and the effects of increased competition on our business;
- our ability to innovate and provide a superior experience for restaurants and diners;
- our ability to successfully expand in existing markets and into new markets;
- our ability to attract and retain qualified employees and key personnel;
- our ability to grow our restaurant delivery services in an effective and cost efficient manner;
- the impact of weather and the effects of natural or man-made catastrophic events on the Company's business;
- our ability to maintain, protect and enhance the Company's intellectual property;
- our ability to obtain capital to support business growth;
- our ability to comply with the covenants in our Credit Agreement and in the indenture governing our Senior Notes; and
- our ability to comply with modified or new legislation and governmental regulations affecting our business.

While forward-looking statements are our best prediction at the time they are made, you should not place undue reliance on them. Forward-looking statements speak only as of the date of this document or the date of any document that may be incorporated by reference into this document.

Consequently, you should consider forward-looking statements only as the Company's current plans, estimates and beliefs. The Company does not undertake and specifically declines any obligation to publicly update or revise forward-looking statements, including those set forth in this Quarterly Report on Form 10-Q, to reflect any new events, information, events or any change in conditions or circumstances unless required by law. You are advised, however, to consult any further disclosures we make on related subjects in our Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and Annual Reports on Form 10-K and our other filings with the SEC.

31

**EXHIBIT 32.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**

**PURSUANT TO 18 U.S.C. 1350,**
**AS ADOPTED PURSUANT TOSECTION 906**
**OF THE SARBANES-OXLEY ACT OF 2002**

      In connection with the Quarterly Report of GrubHub Inc. (the "Company") on Form 10-Q for the fiscal quarter ended June 30, 2019 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Adam DeWitt, Chief Financial Officer and Treasurer of the Company, certify, as of the date hereof and solely for purposes of and pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1.     The Report fully complies with the requirements of section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

2.     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company at the dates and for the periods indicated.

By:             /S/ ADAM DEWITT

**Adam DeWitt**
**President and Chief Financial Officer**

Date: August 6, 2019