# EXHIBIT A

**False and Misleading Statements**
**Cited in the Lead Plaintiff's Complaint for Violations of the Federal Securities Laws**

| Date of Statement | Complaint Paragraph | False and Misleading Statement |
|---|---|---|
| | | **New Diner Quality Statements** |
| April 25, 2019 | ¶65(a) | "*Net active diner adds have increased dramatically while CPA* [cost per acquisition] *has remained relatively flat over multiple years*." |
| April 25, 2019 | ¶65(b) | "*Diner quality improving even with increased investment; retention rates higher than historical cohorts*." |
| April 25, 2019 | ¶66(a) | "*We added 1.6 million active diners in the first quarter, another record*, and finished the quarter with 19.3 million active diners, up 28% from the prior year. *As we will highlight later, these new diners have repeat rates just as high, if not higher than diners we acquired a year ago*.<br><br>In summary, *early returns on our investments have been great, high-quality growth and already improving per order economics*." |
| April 25, 2019 | ¶66(b) | "As you can tell by the strong growth in active diners during the quarter, the campaign attracted many new diners in the marketplace.<br><br>*Diners that place[d] their first order with Taco Bell during the free delivery period are returning to Grubhub at the same or better rates as a typical diner even after we ended the free delivery campaign*. Some come back and order Taco Bell again, but the majority are trying other restaurants on the platform as well." |

- 2 -

| | | |
|---|---|---|
| April 25, 2019 | ¶66(c) | "We believe that in aggregate, the Taco Bell campaign contributed an incremental few hundred thousand new diners and 100 to 150 basis points of incremental DAG growth during the quarter. *These new diners are high quality returning just as frequently as newly acquired diners from other channels* and they return to Taco Bell, but also engage with other restaurants on the marketplace at a high rate." |
| April 25, 2019 | ¶66(d) | "We've also noted more recently that because of all the improvements in our platform and marketing, *we've been able to acquire high-quality new diners in* older and *newer markets* alike *even as we've dramatically increased marketing spend and new diner volume*." |
| April 25, 2019 | ¶66(e) | "Given the ramp in our investment pace in the fourth quarter, *we thought this was a good time to share additional metrics that help illustrate the stickiness of our marketplace, our ability to attract high-quality diners and reinforce our decision to be more aggressive in marketing and with delivery market launches*." |
| April 25, 2019 | ¶66(f) | "I can't speak to their economics. All I can point you to is our numbers, which show you that we've been able to acquire a lot more diners . . . *you're seeing the diners improve in quality over time* . . . I don't know if you've [had] a chance to read through the supplemental deck, *but the repeat rates on our January and February 2019 diners are higher across all of our markets than they were in 2018 or 2017. So the quality is going up. We're spending more money and the cost isn't increasing. And so the formula is working for us*," adding that "*the underlying growth in our business is stronger now than it has been in any point in the last two years*." |
| July 30, 2019 | ¶74(a) | "*Active diners grew 30% year-over year to 20.3 million* . . . [the 6% sequential decline in DAGs from 1Q 2019 to 2Q 2019] *was a bit exaggerated this year by the Taco Bell national television and free delivery campaign in the first quarter* that Matt referenced *as well as the timing of the Easter holiday*, which we mentioned last quarter." |
| July 30, 2019 | ¶74(d) | "*Calculated orders per active diner was lower than last year* as it has been in past quarters*. But as a reminder, this isn't really a fair way to measure the activity of our individual diners for 2 reasons: first, we continue to mix shift away from New York in corporate diners where diners have a materially higher frequency than any other market in the U.S.*; and second, and perhaps slightly more nuanced*, we stepped up net diner additions in recent quarters*. |

- 3 -

| | | |
|---|---|---|
| | | *Having a higher percentage of new diners distorts the frequency calculation because they have not been on the platform for the entire quarter, and they also continue to increase frequency in future years*." |
| July 30, 2019 | ¶74(e) | "I talked a little bit about frequency and what is weighing on frequency. And I think that is a structural headwind as opposed to an ephemeral headwind because the diners in New York and the diners in corporate are going to – are always going to order more than the newest diners outside of New York and corporate. *As we look out into the farther markets, we are seeing good frequencies and ramps in frequencies over time*. I think the other thing that – *the other impact that will go away over time that's weighing on frequency a little bit is that we've gone through this period of really strong new diner acquisition*. And so just mathematically, when you have newer diners disproportionately in your active diner base, it's going to weigh on frequency a little bit. *So that impact should go – would go away over time* if new diner growth doesn't stay at a super high level, but the other kind of structural difference will be there forever." |
| July 30, 2019 | ¶74(f) | "We have now operated in these new Grubhub Delivery markets for a couple of quarters and *as expected, diners in these markets are behaving a lot like diners do in other markets*. Specifically, *the order frequency of diners increases with the introduction of Grubhub Delivery, which improves restaurant inventory in a market and the average order values in these newer delivery markets regardless of population size or density in the market, are in line with other more established Grubhub markets*." |
| July 30, 2019 | ¶74(g) | *"We are still finding plenty of opportunities to acquire diners at a reasonable cost*." |
| July 30, 2019 | ¶74(g) | "[L]et's say, look, it costs us $100 to acquire a new diner but there's no way we think that the diner's ever going to be worth a total of $50, *we're not going to go out and make that trade off. We're still taking a view of hey, overall – based on the behavior that we see, based on profitability of the orders that we have and based on our infrastructure and everything else, what the value is over time*. And we're finding a lot of opportunities to deploy capital to do that. And frankly, *we're doing it -- a better job of it now than we were a year ago or 18 months ago, as you can see in the diner growth*." |

| July 30, 2019 | ¶74(h) | "[T]he way to think about sales and marketing expense.  We've always talked about as being 95% plus related to new diner acquisition, and we have – the number that we disclosed is net active diners, not gross new diners.  And so *last quarter, we had a supplemental disclosure where we showed you guys what that gross CPA* [cost per acquisition] *looked like over time and what I'd say is that trend hasn't changed.  We're still seeing plenty of opportunities to acquire new diners at a reasonable cost and that has not increased the cost there, whether it's competitive or running out of runway or not launching.*  Whatever it is, *we haven't seen a headwind on our ability to acquire new diners at similar cost as we have over the past several quarters*." |
|---|---|---|
| July 30, 2019 | ¶74(i) | Analyst: "And one further clarification on this.  Have you seen any indication – I know you said in the past that you're not fighting for share of stomach in marketing.  But have you seen any data that suggests your diners are using multiple different services or different apps over the course of a month?  Or are they really sticking to a single platform?"  DeWitt: "Yes, *we haven't seen it*.  I mean what I can tell you is once a cohort becomes stable, *we're still seeing really consistent behavior like what we showed you in the supplemental disclosure deck last quarter*.  So I can't remember what year it was.  It was '15, '16 or '17 cohort.  *We're not seeing that change, and we didn't see a change last quarter and it didn't – it hasn't changed in an appreciable way this quarter either*.  So *if it's happening, it's happening in addition, as opposed to substitutive*." |
| **Restaurant Density Statements** | | |
| April 25, 2019 | ¶66(d) | "Over the years, we've noted over and over again that *our disciplined approach to diner acquisition, our broad and deep restaurant network and our ever-improving user experience create incredibly sticky diner cohorts that should bring value to Grubhub for years to come*." |
| May 10, 2019 | ¶69 | "*The Company experienced significant growth across all of its key business metrics, Active Diners, Daily Average Grubs and Gross Food Sales*, during the three [and six months] ended March 31, 2019 as compared to the same period in the prior year.  *Growth in all metrics was primarily attributable to* increased product and brand awareness by diners largely as a result of marketing efforts and word-of-mouth referrals, *better restaurant choices for diners in our markets* and technology and product improvements." |

| | | |
|---|---|---|
| July 30, 2019 | ¶74(b) | "*In these newer delivery markets, we had another quarter of strong* momentum and *DAG growth with the added restaurant inventory helping these markets scale*." |
| July 30, 2019 | ¶74(c) | "*Our strong active diner growth is a result of our ever-improving restaurant network*, efficient advertising and broad delivery coverage." |
| July 30, 2019 | ¶74(f) | "We have now operated in these new Grubhub Delivery markets for a couple of quarters and *as expected, diners in these markets are behaving a lot like diners do in other markets*. Specifically, *the order frequency of diners increases with the introduction of Grubhub Delivery, which improves restaurant inventory in a market and the average order values in these newer delivery markets regardless of population size or density in the market, are in line with other more established Grubhub markets*." |
| August 6, 2019 | ¶78 | "*The Company experienced significant growth across all of its key business metrics, Active Diners, Daily Average Grubs and Gross Food Sales*, during the three and six months ended June 30, 2019 as compared to the same period in the prior year. *Growth in all metrics was primarily attributable to* increased product and brand awareness by diners largely as a result of marketing efforts and word-of-mouth referrals, *better restaurant choices for diners in our markets* and technology and product improvements." |
| **Profitability Statements** | | |
| April 25, 2019 | ¶66(g) | "In terms of fees, while major brands do have more leverage than local restaurants, *we are not as impacted in the pricing conversation because we actually bring real value and we're helping brands build a long-term and profitable business. So we're paid fairly for our services, which then allows us to achieve long-term sustainable economics*, which I think you also know is rather unique in our industry." |
| July 30, 2019 | ¶74(g) | "[L]et's say, look, it costs us $100 to acquire a new diner but there's no way we think that the diner's ever going to be worth a total of $50, *we're not going to go out and make that trade off. We're still taking a view of hey, overall – based on the behavior that we see, based on profitability of the orders that we have and based on our infrastructure and everything else, what the value is over time.* And we're finding a lot of opportunities to deploy capital to do |

| | | |
|---|---|---|
| | | that.  And frankly, *we're doing it -- a better job of it now than we were a year ago or 18 months ago, as you can see in the diner growth*." |
| July 30, 2019 | ¶74(j) | "*There are a lot of players right now, making a lot of poor business decisions* . . . *we've been very consistent that our business is founded on partnership, working with restaurants, understanding what the restaurants really need and trying to help them achieve their business goals in digital pickup*." |
| July 30, 2019 | ¶74(k) | "*[W]e have a very profitable model in terms of long-term sustainability, the breadth of restaurants, the combination of how we charge diners and what the restaurants pay us and the formula works*." |