**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROEI AZAR, *Individually and on Behalf of All Others Similarly Situated*,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GRUBHUB INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-07665<br><br>Hon. Charles R. Norgle, Sr. |

## JOINT MOTION TO MODIFY THE CASE SCHEDULE AND PARTIALLY STAY THE PROCEEDINGS

Lead Plaintiff City of Pontiac General Employees' Retirement System and City of Pontiac Police & Fire Retirement System ("Lead Plaintiff") and Defendants Grubhub Inc., Matthew Maloney, and Adam Dewitt ("Defendants," together with Lead Plaintiff, the "Parties"), hereby jointly move the Court for an order modifying the case schedule and partially staying this action pending the completion of a mediation. In support of the motion, the Parties state as follows:

1. On July 24, 2020, Lead Plaintiff filed Lead Plaintiff's Complaint for Violations of the Federal Securities Laws ("Operative Complaint").

2. On November 11, 2020, Defendants filed a motion to dismiss the Operative Complaint and briefing on the motion to dismiss concluded on March 3, 2021.

3. On September 7, 2021 the Court denied Defendants' motion to dismiss.

4. On October 15, 2021, the Defendants' filed their Answer to the Operative Complaint.

5. On October 21, 2021, the Court approved the Parties' proposed schedule, which set forth deadlines for fact discovery, class certification, expert discovery, and summary judgment.

6.      The Parties have met and conferred and believe a fair and efficient resolution of the outstanding claims may be achieved by engaging a private mediator to assist with a mediation after a targeted document production by the Parties.

7.      Accordingly, the Parties jointly propose to proceed according to the following schedule, which may be modified by agreement of the Parties:

| Event | On or Before |
| --- | --- |
| The parties agree on a protocol for the production of documents for mediation and the selection of a mediator. | 7 days after entry of this order. |
| The parties to complete production of documents for mediation. | 35 days after entry of this order, provided that documents are produced as soon as practicable on a rolling basis. |
| The parties to complete private mediation. | 55 days after completion of document production. |
| The parties to submit a status report to the Court, which shall include a proposed case schedule if the mediation does not result in an agreement. | 14 days after the end of the mediation. |

8.      The Parties also jointly seek to stay all other deadlines and proceedings in this case, to promote judicial economy and efficiency.

9.      The Parties respectfully submit that even if the proposed approach proves unsuccessful, it would benefit them and the Court by allowing the Parties to make prompt headway on discovery, and, as indicated above, the Parties agree to submit a status report to the Court within 14 days after a mediation, or sooner should either party request some relief.

WHEREFORE, the Parties respectfully request that the Court grant this motion and enter the concurrently submitted proposed order.[1]

---

[1]    Pursuant to the Court's standing order regarding submission of proposed orders, an electronic version of the Proposed Order in Word format is being submitted to the Court via email contemporaneously with the filing of this motion.

Dated: January 11, 2022

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JAMES E. BARZ (IL Bar # 6255605)<br>BRIAN E. COCHRAN (IL Bar # 6329016)<br>FRANK A. RICHTER (IL Bar # 6310011) | KIRKLAND & ELLIS LLP<br>SANDRA C. GOLDSTEIN, P.C.<br>STEFAN ATKINSON, P.C. |

| | |
|---|---|
| */s/ Frank A. Richter*<br>FRANK A. RICHTER | */s/ Stefan Atkinson*<br>STEFAN ATKINSON, P.C. |
| 200 South Wacker Drive, 31st Floor<br>Chicago, IL  60606<br>Telephone: (312) 674-4674<br>Fax: (312) 674-4676<br>jbarz@rgrdlaw.com<br>bcochran@rgrdlaw.com<br>frichter@rgrdlaw.com | 601 Lexington Avenue<br>New York, NY  10022<br>Telephone: (212) 446-4800<br>Fax: (212) 446-4900<br>sandra.goldstein@kirkland.com<br>stefan.atkinson@kirkland.com |
| ASHERKELLY<br>CYNTHIA J. BILLINGS-DUNN<br>MATTHEW I. HENZI<br>25800 Northwestern Highway, Suite 1100<br>Southfield, MI  48075<br>Telephone: (248) 746-2710<br>Fax: (248) 747-2809<br>cbdunn@asherkellylaw.com<br>mhenzi@asherkellylaw.com | KIRKLAND & ELLIS LLP<br>JOHN HARTMANN, P.C.<br>MADELYN A. MORRIS<br>300 North La Salle<br>Chicago, IL  60654<br>Telephone: (312) 862-2000<br>Fax: (312) 862-2200<br>john.hartmann@kirkland.com<br>madelyn.morris@kirkland.com |
| *Attorneys for Lead Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Stefan Atkinson