## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ROEI AZAR, *Individually and on Behalf of All Others Similarly Situated*,

               Plaintiff,

v.

GRUBHUB INC., et al.,

               Defendants.

Case No. 1:19-cv-07665

Hon. Charles R. Norgle, Sr.

## ORDER

The Court having considered the pending Joint Motion to Modify the Case Schedule and Partially Stay the Proceedings; it is hereby ORDERED that the Parties' request to modify the schedule and to stay all remaining deadlines and proceedings in this action is GRANTED in full. The Parties shall submit a Joint Status Report within 14 days of the mediation. If the mediation does not result in an agreement, the Joint Status Report shall include a proposed case schedule.

SO ORDERED:

Dated: this 12th day of January, 2022

_____
**UNITED STATES DISTRICT JUDGE**