UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated, | ) ) | Case No.  1:19-cv-07665 |
| | ) | |
| | ) | CLASS ACTION |
| Plaintiff, | ) | |
| | ) | Judge Charles R. Norgle Sr. |
| vs. | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| GRUBHUB INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF ROBERT J. ROBBINS IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF <u>CLASS REPRESENTATIVE AND CLASS COUNSEL</u>**

I, ROBERT J. ROBBINS, declare under penalty of perjury:

1.    I am a member of the bar of the state of Florida and I am admitted to appear to practice before this Court.

2.    I am a partner of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff in the above-entitled action.  I respectfully submit this declaration in support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

3.    Attached are true and correct copies of the following exhibits:

Exhibit 1      Declaration of Sheldon Albritton on behalf of Lead Plaintiff in Support of Lead Plaintiff's Motion for Class Certification

Exhibit 2      Declaration of Craig Storum on behalf of Lead Plaintiff in Support of Lead Plaintiff's Motion for Class Certification

Exhibit 3      Expert Report of Chad Coffman, CFA

Exhibit 4      Defendants' Responses and Objections to Lead Plaintiff's First Set of Requests for Admission to All Defendants

Exhibit 5      Robbins Geller Rudman & Dowd LLP Firm Résumé

Exhibit 6      *Jaffe v. Household Int'l, Inc.*, No. 02-C-05893, Transcript at 65 (N.D. Ill. Oct. 20, 2016)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 1st day of June, 2022, at Boca Raton, Florida.

_____
ROBERT J. ROBBINS

- 1 -

4895-0078-1602.v1

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Robert J. Robbins*
ROBERT J. ROBBINS

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Email: rrobbins@rgrdlaw.com

- 2 -

4895-0078-1602.v1

# Mailing Information for a Case 1:19-cv-07665 Azar v. Grubhub Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stefan Howard Atkinson**
  stefan.atkinson@kirkland.com

- **James E Barz**
  jbarz@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian E. Cochran**
  BCochran@rgrdlaw.com,e_file_sd@rgrdlaw.com,kjohnson@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Samuel Clifford Feldman**
  sfeldman@rgrdlaw.com

- **Sandra C Goldstein**
  sandra.goldstein@kirkland.com,sandra-goldstein-3843@ecf.pacerpro.com,kenymanagingclerk@kirkland.com,michelle.denny@kirkland.com

- **John F. Hartmann**
  jhartmann@kirkland.com,meghan.guzaitis@kirkland.com

- **Bailie Heikkinen**
  bheikkinen@rgrdlaw.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Madelyn A. Morris**
  madelyn.morris@kirkland.com

- **Matthew Alexander Richard**
  mrichard@rgrdlaw.com,evanyi@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,khanson@rgrdlaw.com

- **Mason Glen Roth**
  mroth@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`