# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>GRUBHUB INC., et al.,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  1:19-cv-07665<br><br>CLASS ACTION<br><br>Judge Charles R. Norgle Sr.<br>Magistrate Judge Jeffrey Cole |

## DECLARATION OF SHELDON ALBRITTON ON BEHALF OF LEAD PLAINTIFF IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, SHELDON ALBRITTON, Chairman of the Board of Trustees of the City of Pontiac Reestablished General Employees' Retirement System (the "Retirement System") provide this declaration in support of Lead Plaintiff's Motion for Class Certification.[1] The following facts are true and correct to my knowledge, and if called upon to testify, I could and would testify competently thereto.

---

[1] On January 30, 2020, the City of Pontiac General Employees Retirement System ("GERS") was appointed as Lead Plaintiff along with City of Pontiac Police & Fire Retirement System ("Police & Fire"). ECF 25.  As a result of a court-approved settlement, a City of Pontiac ordinance, and subsequent IRS approval, GERS has been formally re-established as the Retirement System. The Retirement System was established with approximately 130% of GERS' assets.  Surplus GERS assets were transferred to a volunteer employee benefit association to separately provide for retiree healthcare benefits. Accordingly, approximately 130% of GERS' assets were transferred to or assumed by, and became assets of the Retirement System.  Similarly, GERS' obligations and liabilities were assumed by and made obligations and liabilities of the Retirement System. I understand that concurrently with moving for class certification, Lead Plaintiff seeks to substitute the Retirement System for GERS as Lead Plaintiff.

- 1 -

1.      As Chairman of the Board of Trustees of the Retirement System, I participate in and oversee decisions regarding the administration of the Retirement System.[2] I am authorized to sign this declaration on behalf of the Retirement System, which seeks to be appointed as the Class Representative, along with Police & Fire, in this action.

2.      The Retirement System is a defined benefit municipal retirement plan with hundreds of millions of dollars in assets under management providing benefits to plan participants and beneficiaries.

3.      Neither GERS nor the Retirement System held or acquired Grubhub, Inc. common stock at the direction of its counsel in this matter, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), or in order to participate in this private action or any other litigation under the federal securities laws.

4.      The Retirement System understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors and others with meaningful losses to direct securities class actions.  Should it be appointed as Class Representative, the Retirement System, a sophisticated institutional investor, is committed to vigorously prosecuting this litigation.  The Retirement System intends to maximize the recovery for the Class consistent with good faith and sound judgment.

5.      The Retirement System, in conjunction with Police & Fire and counsel, has reviewed and monitored the progress of this litigation.  For example, the Retirement System has: (a) received periodic written updates and other correspondence from counsel regarding the case; (b) reviewed and discussed with counsel the filing of significant pleadings and briefs, including

---

[2] At the time GERS, along with Police & Fire, was appointed Lead Plaintiff, I was Chairman of the Board of Trustees of GERS.

- 2 -

4889-1591-0689.v1

Lead Plaintiff's Complaint for Violations of the Federal Securities Laws (ECF 36), the service and progress of discovery, the issuance of court orders, and other case developments; and (c) begun to search for, collect, and will produce documents responsive to defendants' discovery requests. The Retirement System is committed to actively directing this litigation and will attend hearings, depositions, and/or trial, and will oversee critical junctures of this litigation, as appropriate.

6. Should it be appointed as Class Representative, the Retirement System, along with Police & Fire, will continue to provide fair and adequate representation to the members of the proposed Class and to work with the Retirement System's counsel and Robbins Geller to obtain the largest recovery for the Class consistent with good faith and meritorious advocacy.

7. The Retirement System supports the selection of Robbins Geller as the proposed Class Counsel because of the firm's extensive experience and expertise in prosecuting securities class actions. In addition, the Retirement System believes Robbins Geller possesses the necessary financial and human resources to successfully prosecute this case through trial and any post-trial appeals.

8. The Retirement System will not accept any payment for serving as Class Representative beyond the Retirement System's pro rata share of any recovery, except such reasonable costs and expenses directly related to the representation of the Class as ordered or approved by the Court.

9. For all these reasons, and for those described in other documents that are being filed in connection with Lead Plaintiff's Motion for Class Certification, the Retirement System respectfully requests that the Court appoint it along with Police & Fire as Class Representative and appoint Robbins Geller as Class Counsel.

- 3 -

10.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___25th___ day of May, 2022, in

__Auburn Hills_____, __Michigan_____.

CITY OF PONTIAC REESTABLISHED
GENERAL EMPLOYEES' RETIREMENT
SYSTEM

BY:_____

SHELDON ALBRITTON
CHAIRMAN

- 4 -

4889-1591-0689.v1