# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-07665 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Charles R. Norgle Sr. Magistrate Judge Jeffrey Cole |
| GRUBHUB INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF CRAIG STORUM ON BEHALF OF LEAD PLAINTIFF IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, CRAIG STORUM, Chairman of the Board of Trustees of the City of Pontiac Police and Fire Retirement System ("Police & Fire") provide this declaration in support of Lead Plaintiff's Motion for Class Certification.[1] The following facts are true and correct to my knowledge, and if called upon to testify, I could and would testify competently thereto.

1.      As Chairman of the Board of Trustees of Police & Fire, I participate in and oversee decisions regarding the administration of Police & Fire. I am authorized to sign this declaration

---

[1] On January 30, 2020, Police & Fire was appointed Lead Plaintiff along with City of Pontiac General Employees Retirement System ("GERS"). ECF 25. I understand that as a result of a court-approved settlement, a City of Pontiac ordinance, and subsequent IRS approval, GERS has been formally re-established as the City of Pontiac Reestablished General Employees' Retirement System (the "Retirement System"). I further understand that concurrently with moving for class certification, Lead Plaintiff also seeks to substitute the Retirement System for GERS as Lead Plaintiff.

- 1 -

4877-6516-6369.v1

on behalf of Police & Fire, which seeks to be appointed as the Class Representative, along with the Retirement System, in this action.

2.      Police & Fire is a defined benefit plan with more than $200 million in assets under management providing benefits to plan participants and beneficiaries.

3.      Police & Fire did not hold or acquire Grubhub, Inc. common stock at the direction of its counsel in this matter, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), or in order to participate in this private action or any other litigation under the federal securities laws.

4.      Police & Fire understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. Should it be appointed as Class Representative, Police & Fire, a sophisticated institutional investor, is committed to vigorously prosecuting this litigation. Police & Fire intends to maximize the recovery for the Class consistent with good faith and sound judgment.

5.      Police & Fire, in conjunction with the Retirement System and counsel, has reviewed and monitored the progress of this litigation. For example, Police & Fire has: (a) received periodic written updates and other correspondence from counsel regarding the case; (b) reviewed and discussed with counsel the filing of significant pleadings and briefs, including Lead Plaintiff's Complaint for Violations of the Federal Securities Laws (ECF 36), the service and progress of discovery, the issuance of court orders, and other case developments; and (c) begun to search for, collect, and will produce documents responsive to defendants' discovery requests. Police & Fire is committed to actively directing this litigation and will attend hearings, depositions, and/or trial, and will oversee critical junctures of this litigation, as appropriate.

6.      Should it be appointed as Class Representative, Police & Fire, along with the Retirement System, will continue to provide fair and adequate representation to the members of

- 2 -

the proposed Class and to work with Police & Fire's counsel and Robbins Geller to obtain the largest recovery for the Class consistent with good faith and meritorious advocacy.

7.      Police & Fire supports the selection of Robbins Geller as the proposed Class Counsel because of the firm's extensive experience and expertise in prosecuting securities class actions.  In addition, Police & Fire believes Robbins Geller possesses the necessary financial and human resources to successfully prosecute this case through trial and any post-trial appeals.

8.      Police & Fire will not accept any payment for serving as Class Representative beyond the Police & Fire's *pro rata* share of any recovery, except such reasonable costs and expenses directly related to the representation of the Class as ordered or approved by the Court.

9.      For all these reasons, and for those described in other documents that are being filed in connection with Lead Plaintiff's Motion for Class Certification, the Police & Fire respectfully requests that the Court appoint it as Class Representative and appoint Robbins Geller as Class Counsel.

10.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this ___26___ day of May, 2022, in ___Troy_____, _Michigan___.

CITY OF PONTIAC POLICE AND FIRE
RETIREMENT SYSTEM

BY: _____
CRAIG STORUM
CHAIRMAN

- 3 -