# EXHIBIT 6

1

<pre>
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

LAWRENCE E. JAFFE PENSION PLAN,  )
on behalf of itself and all      )
others similarly situated,       )
                                 )
              Plaintiffs,         )
                                 )
   v.                            )   No. 02 C 5893
                                 )
HOUSEHOLD INTERNATIONAL, INC.,   )
et al.,                          )   Chicago, Illinois
                                 )   October 20, 2016
              Defendants.        )   10:30 a.m.


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JORGE L. ALONSO


APPEARANCES:

For the Plaintiffs:        ROBBINS GELLER RUDMAN & DOWD LLP
                           BY:  MR. MICHAEL J. DOWD
                                MR. SPENCER A. BURKHOLZ
                                MR. DANIEL S. DROSMAN
                                MR. LUKE O. BROOKS
                                MS. MAUREEN E. MUELLER
                           655 West Broadway
                           Suite 1900
                           San Diego, California  92101
                           (619) 231-1058

For the Defendant          SKADDEN ARPS SLATE MEAGHER & FLOM,
Household:                 LLP
                           BY:  MR. R. RYAN STOLL
                           155 North Wacker Drive
                           Suite 2700
                           Chicago, Illinois  60606
                           (312) 407-0700


For the Defendants         KATTEN MUCHIN ROSENMAN LLP
Aldinger and Gilmer:       BY:  MR. GIL M. SOFFER
                           525 West Monroe Street
                           Chicago, Illinois  60661
                           (312) 902-5200
</pre>

Nancy C. LaBella, CSR, RMR, CRR
Official Court Reporter
219 South Dearborn Street, Room 1222
Chicago, Illinois  60604
(312) 435-6890
Nancy_LaBella@ilnd.uscourts.gov

APPEARANCES:   (Continued)

For the Defendant          JACKSON WALKER LLP
Schoenholz:                BY:  MR. TIM S. LEONARD
                           1401 McKinney Street
                           Suite 1900
                           Houston, Texas   77010
                           (713) 752-4439

For Kevin McDonald:        LAW OFFICE OF JOHN W. DAVIS
                           BY:  MR. JOHN WILLIAM DAVIS
                           501 West Broadway
                           Suite 800
                           San Diego, California   92101
                           (619) 400-4870

65

requested award here is by no means unprecedented.

Class counsel performed a very high-quality legal work in the context of a thorny case in which the state of the law has been and is in flux. They achieved an exceptionally significant recovery for the class. And the Court agrees with Professor Silver that it was, in fact, a spectacular result for the class. This result was in no way assured at any point, but especially in the early days of the litigation when the fee agreement with IUOE was negotiated.

Mr. McDonald's observations that seven suits were initially filed and then consolidated does not change the fact that there was no competition for the role of lead counsel here, which, under Silverman, also weighs in favor of the requested fee award. Plaintiffs have submitted a chart that lists the number of firms who sought the lead counsel role in the cases with the top ten or eleven security class action settlements. In only three of those cases were the number of firms in the single digits, and there was competition in every one of them.

I will now discuss the fee agreement between lead counsel and IUOE. It was not entered into at the absolute outset of the case, as I mentioned, but early enough and at such a precarious spot in the litigation for plaintiffs that it approximates an ex ante deal; and I will treat it that way. It is a highly reliable indicator of the appropriate market