**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROEI AZAR, *Individually and on Behalf of All Others Similarly Situated,*<br><br>     Plaintiff,<br><br>v.<br><br>GRUBHUB INC., et al.,<br><br>     Defendants. | Case No. 1:19-cv-07665<br><br>Hon. Charles R. Norgle, Sr. |

## ORDER

The Court having considered the pending Joint Motion to Modify the Case Schedule; it is

hereby ORDERED that the schedule be modified as follows:

| FILING | DATE |
|---|---|
| Defendants' Class Cert Response (and corresponding expert report(s), if any) | August 12, 2022 |
| Deadline for Plaintiff to depose Defendants' class cert expert(s) | September 2, 2022 |
| Parties' production of documents substantially complete | September 2, 2022 |
| Deadline for Plaintiff's Class Cert Reply (and corresponding rebuttal expert report(s), if any) | September 21, 2022 |
| Deadline to amend the complaint without leave of court | October 7, 2022 |
| Fact discovery cutoff | January 20, 2023 |
| Affirmative expert reports | February 17, 2023 |
| Defendants' Rebuttal expert reports | April 7, 2023 |
| Plaintiff's Reply expert reports | May 12, 2023 |
| Deadline for completion of expert discovery | June 16, 2023 |
| Summary judgment motion deadline | July 21, 2023 |

| FILING | DATE |
|---|---|
| Responses | September 22, 2023 |
| Replies | October 27, 2023 |

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 29, 2022

2