**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ROEI AZAR, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>GRUBHUB, INC., et al.,<br><br>Defendants. | Case No. 1:19-cv-07665<br><br>Hon. Charles R. Norgle, Sr. |

**DECLARATION OF STEFAN ATKINSON IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Stefan Atkinson, declare the following:

1.      I am a partner with the law firm of Kirkland & Ellis LLP, attorneys of record for Defendants Grubhub Inc., Matthew Maloney, and Adam DeWitt.  I am a member in good standing of the Bar of New York.  This Court granted my application to appear pro hac vice in this action on January 28, 2020.  *See* Minute Entry, ECF No. 24.

2.      I submit this Declaration in support of Defendants' Opposition to Lead Plaintiff City of Pontiac Reestablished General Employees' Retirement System ("Retirement System") and City of Pontiac Police & Fire Retirement System's ("Police & Fire") Motion for Class Certification.

3.      Attached as Exhibit 1 is a true and correct copy of the transcript of the July 28, 2022 deposition of Sheldon Albritton.  This exhibit has been filed under seal.

4.      Attached as Exhibit 2 is a true and correct copy of Lead Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, dated December 23, 2021.

5.     Attached as Exhibit 3 is a true and correct copy of the Verification of City of Pontiac General Employees' Retirement System, dated December 22, 2021.

6.     Attached as Exhibit 4 is a true and correct copy of the transcript of the July 28, 2022 deposition of Darin Carrington.  This exhibit has been filed under seal.

7.     Attached as Exhibit 5 is a true and correct copy of the transcript of the July 29, 2022 deposition of Kevin Yousif.  This exhibit has been filed under seal.

8.     Attached as Exhibit 6 is a true and correct copy of the transcript of the August 3, 2022 deposition of Sumali Sanyal.  This exhibit has been filed under seal.

9.     Attached as Exhibit 7 is a true and correct copy of a document produced by LS Investment Advisors, LLC, bearing the Bates number LSIA000001.  This exhibit has been filed under seal.

10.     Attached as Exhibit 8 is a true and correct copy of the transcript of the July 14, 2022 deposition of Chad Coffman.  This exhibit has been filed under seal.

11.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: August 12, 2022                    /s/ *Stefan Atkinson*
                                          Stefan Atkinson, P.C.

2