# Exhibit 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-07665 |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| | ) | Judge Charles R. Norgle Sr. |
| vs. | ) ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| GRUBHUB INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

**VERIFICATION OF CITY OF PONTIAC GENERAL
EMPLOYEES' RETIREMENT SYSTEM**

On behalf of City of Pontiac General Employees' Retirement System, I declare as follows:

I have reviewed Lead Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories directed to Lead Plaintiff City of Pontiac General Employees' Retirement System and City of Pontiac Police & Fire Retirement System and verify under penalty of perjury that the factual statements contained therein pertaining City of Pontiac General Employees' Retirement System are true and correct to the best of my knowledge, information, and belief. I rely on my counsel with respect to the assertion of any objections.

Executed this 22 day of December 2021.

CITY OF PONTIAC GENERAL
EMPLOYEES' RETIREMENT SYSTEM

BY: _____
Sheldon Albritton, Chairman

- 1 -