**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ROEI AZAR, *Individually and on Behalf of All Others Similarly Situated*,<br><br>             Plaintiff,<br><br>      v.<br><br>GRUBHUB INC., et al.,<br><br>             Defendants. | Case No. 1:19-cv-07665<br><br>Hon. Charles R. Norgle, Sr. |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Lead Plaintiff City of Pontiac Reestablished General Employees' Retirement System and City of Pontiac Police & Fire Retirement System ("Lead Plaintiff") and Defendants Grubhub Inc., Matthew Maloney, and Adam DeWitt ("Defendants," together with Lead Plaintiff, the "Parties"), hereby jointly move the Court for an order staying all deadlines in this action while the Parties work toward finalizing a settlement agreement that would resolve this action. In support of this Motion, the Parties state the following:

1.      The Parties have reached an agreement in principle to resolve the action.

2.      To secure the just, speedy, and inexpensive resolution of this action (*see, e.g.*, Fed. R. Civ. P. 1), the Parties request that the Court stay all previously-set deadlines. This will allow the Parties to finalize a settlement agreement and Lead Plaintiff to prepare a motion for preliminary approval of the settlement pursuant to Fed. R. Civ. P. 23.

3.      This request to stay is made in good faith, and not for the purposes of unnecessary delay, and the granting of the stay will facilitate a more efficient resolution of this matter.

WHEREFORE, the Parties respectfully request that the Court grant this motion and enter the concurrently submitted proposed order.[1]

Dated: September 13, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
BRIAN E. COCHRAN (IL Bar # 6329016)
FRANK A. RICHTER (IL Bar # 6310011)

/s/ Frank A. Richter
FRANK A. RICHTER

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
bcochran@rgrdlaw.com
frichter@rgrdlaw.com

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN
MATTHEW I. HENZI
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone: (248) 746-2710
Fax: (248) 747-2809
cbdunn@asherkellylaw.com
mhenzi@asherkellylaw.com

*Attorneys for Lead Plaintiff*

KIRKLAND & ELLIS LLP
SANDRA C. GOLDSTEIN, P.C.
STEFAN ATKINSON, P.C.
MARY T. REALE

/s/ Stefan Atkinson
STEFAN ATKINSON, P.C.

601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Fax: (212) 446-4900
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
mary.reale@kirkland.com

KIRKLAND & ELLIS LLP
JOHN HARTMANN, P.C.
MADELYN A. MORRIS
300 North La Salle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200
john.hartmann@kirkland.com
madelyn.morris@kirkland.com

*Attorneys for Defendants*

---

[1] Pursuant to the Court's standing order regarding submission of proposed orders, an electronic version of the Proposed Order in Word format is being submitted to the Court via email contemporaneously with the filing of this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Stefan Atkinson