## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROEI AZAR, *Individually and on Behalf of All Others Similarly Situated,* | |
| Plaintiff, | Case No. 1:19-cv-07665 |
| v. | Hon. Charles R. Norgle, Sr. |
| GRUBHUB INC., et al., | |
| Defendants. | |

## ORDER

The Court having considered the pending Joint Motion to Stay All Deadlines and Notice of

Settlement; it is hereby ORDERED that the Parties' request to stay all deadlines in this action is

GRANTED in full.

SO ORDERED:

Dated: this 14th day of September, 2022

_____
UNITED STATES DISTRICT JUDGE