**INDEX OF EXHIBITS TO DECLARATION OF JAMES E. BARZ FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

| Document | Exhibit |
|---|---|
| Time Report | A |
| Expenses/Charges Report | B |
| Summary Charges for Filing, Witness and Other Fees | C |
| Summary Charges for Transportation, Hotels & Meals | D |
| Summary Charges for Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | E |
| Robbins Geller Rudman & Dowd LLP Firm Resume | F |