## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Roei Azar

                Plaintiff,

v.                                                     Case No.: 1:19−cv−07665
                                                          Honorable Matthew F. Kennelly

Grubhub Inc., et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 1/12/2023. Movants' motion for final approval [103] and motion for attorneys' fees [105] are granted as to the reasons stated on the record. Movants&#0;39; motion to certify class [68] is terminated. Final Judgment order, Order to Approving Plan, and Amended Order to follow. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.